# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| CONNELL et al v. INC. OWENS-ILLINOIS et al | WI-W Case No. 05-C-219C |

### Plaintiff's Supplementation of Expert Witness Reports September 19, 2014

Plaintiff identifies the following materials subject to supplementation. This supplementation adds additional expert materials as noted below for the following experts :

a. Dr. Henry Anderson, supplementation of past testimony list, scientific articles, materials considered (deposition summaries of Henry Kumferman, Donald Vaningan, and John Larson depositions taken in *Connell*.)
b. Stephen Kenoyer, supplementation of past testimony list and general report updated 1/21/13.
c. Kenneth S. Garza, supplementation of past testimony list and general report updated 1/21/13.
d. Joseph Ferriter, expert fee change.
e. William LaPointe, supplementation to include report updated on 2/27/14.
f. Dr. Arnold Brody, supplementation of past testimony list, materials considered, report supplementation (*Kinser* and *Gnewuch* testimony update former testimony used for report.)
g. William Longo, supplementation to specify Kaylo pipecovering and block studies and videos.

Plaintiff withdraws the following experts:

a. James Huttner
b. Samuel Wineman

All other past Rule 26 (a) 2 (b) expert disclosures are unchanged.

Dated: September 19, 2014
Prepared by:

/s/ Robert G. McCoy
Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600
bmccoy@cvlo.com