Page 1

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN
--------------------------------------x
JANET SHIPLEY and JAMES SHIPLEY,

    Plaintiffs,   Case No.
                   10-L-38
vs.

PNEUMO ABEX CORPORATION, et al.,

    Defendants.
--------------------------------------x

   DEPOSITION of BARRY CASTLEMAN, ScD, taken by
Defendants at the offices of Weitz & Luxenberg, 700
Broadway, New York, New York, on Tuesday, September 28,
2010, commencing at 12:04 p.m., before Androniki
Samaras, a Shorthand (Stenotype) Reporter and Notary
Public within and for the State of New York.

Page 2

```
 1
 2    A P P E A R A N C E S :
 3      JAMES WALKER, LTD.
          Attorney for Plaintiffs
 4        207 West Jefferson Street, Suite 200
          Bloomington, Illinois 61701
 5
      BY: JAMES WALKER, Esq.
 6
 7
      WILKINSON, GOELLER, MODESITT, WILKINSON
 8      & DRUMMY, LLP
          Attorneys for Defendant Pneumo Abex, LLC
 9        333 Ohio Street
          Terre Haute, Indiana 47807
10
      BY: RAYMOND H. MODESITT, Esq.
11
12
      SCHIFF HARDIN, LLP
13      Attorneys for Defendant Owens-Illinois
          6600 Sears Tower
14        Chicago, Illinois 60606
15    BY: MATTHEW J. FISCHER, Esq.
16
17    BOYLE BRASHER, LLC
          Attorneys for Defendant
18        Illinois Central Railroad
          5000 West Main Street
19        P.O. Box 23560
          Belleville, Illinois 62223-0560
20
      BY: MARK R. KURZ, Esq.
21
22
23
24
25
```

Page 3

```
 1                Castleman, ScD
 2    B A R R Y  I.  C A S T L E M A N, ScD, called as a
 3      witness, having been first duly sworn by
 4      Androniki Samaras, a Notary Public within and for
 5      the State of New York, was examined and testified
 6      as follows:
 7    EXAMINATION
 8    BY MR. FISCHER:
 9        Q.   Dr. Castleman, my name is
10    Matt Fischer. I'm going to start today.
11    Mr. Modesitt asked me to begin, so I'm going to
12    do that. I represent Owens-Illinois, you
13    probably remember.
14              Could you tell me, have you done
15    any new research with regards to Owens-Illinois
16    in the last year?
17        A.   No.
18        Q.   Have you done any new reading
19    involving Owens-Illinois in the last year?
20        A.   Nothing comes to mind.
21        Q.   Have you refreshed yourself about
22    any Owens-Illinois documents in any way over the
23    course of the last year?
24        A.   I don't think since the last time
25    we were in trial I've done that.
```

Page 4

```
 1                Castleman, ScD
 2        Q.   That would, by my count, go back to
 3    about June or July?
 4        A.   Sounds about right.
 5        Q.   So let me just push it back for
 6    calendar year 2010, have you done anything new
 7    in any way to refresh yourself in any way about
 8    Owens-Illinois during that period of time?
 9        A.   Nothing I could think of, except at
10    trial.
11        Q.   In what way did the trial cause you
12    to refresh yourself about OI?
13        A.   Probably not much. I mean, we
14    basically go over very few documents relating to
15    OI in these conspiracy trials.
16        Q.   Have you gone over with any lawyers
17    any documents involving Owens-Illinois that were
18    not discussed at the trial in June?
19        A.   I don't think so.
20              MR. WALKER: Excuse me. I
21    would say this, Matt, that in a
22    couple -- in our conversation before
23    the dep, I told Dr. Castleman that I
24    have located some documents which I
25    would call the Illinois
```

Page 5

Castleman, ScD

1    Manufacturers' Association
2    documents, which -- in which OI
3    appears to have been a member and OI
4    people have done things, but I have
5    not shown those documents to him.
6       MR. FISCHER: Okay.
7       Q.   Why don't we do this way,
8    Dr. Castleman: Mr. Walker has asked you to be a
9    witness in the Shipley case; is that your
10   understanding?
11      A.   Right.
12      Q.   And it has been some time, at least
13   since I have taken your deposition in the case,
14   in which Mr. Walker represented the plaintiffs.
15      Is there anything that Mr. Walker
16   has brought to your attention that he would like
17   you to focus on in the course of your work in
18   this case?
19      A.   As to OI, it's not anything in
20   particular, no.
21      Q.   And now let me expand it out beyond
22   Owens-Illinois.  Is there anything that
23   Mr. Walker brought to your attention that he
24   would like you to be thinking about during the

Page 6

Castleman, ScD

1    course of your retention in this matter?
2       MR. WALKER:  Without saying I
3    asked Barry to think about anything,
4    I just alerted him to the fact that
5    I have made an exhibit of the
6    September 16, 1959 JM Board of
7    Directors meeting agenda, and that I
8    was going to give him a copy at the
9    deposition, which I'm now giving it
10   to him (handing).
11      THE WITNESS:  (Perusing
12   document.)
13      Q.   Okay.  I see -- well,
14   Dr. Castleman, could you confirm that Mr. Walker
15   has, in fact, given you the September 16, 1959
16   Board of Director meeting minutes of the Johns
17   Manville Corporation?
18      A.   He has.
19      MR. WALKER:  And also, that
20   it's the same Exhibit, 824, that I
21   used the other day at pretrial
22   hearings.
23      Q.   Has Mr. Walker --
24      MR. MODESITT:  Excuse me.

Page 7

Castleman, ScD

1    24?
2       MR. WALKER:  Exhibit No. 824.
3    BY MR. FISCHER:
4       Q.   Has Mr. Walker asked you to look at
5    any other documents during the course of your
6    work in this case?
7       A.   No.
8       Q.   All right.  And you heard
9    Mr. Walker explain that he had had a
10   conversation with you about the Illinois
11   Manufacturers' Association; is that right?
12      A.   Yes.
13      Q.   What do you know, Dr. Castleman,
14   about the Illinois Manufacturers' Association?
15      A.   Well, there were -- there were
16   lawsuits, there were civil lawsuits and workers'
17   compensation claims for people who had
18   asbestosis and silicosis in the mid-'30s in
19   Illinois.
20      And as I understand it, the civil
21   courts and the workers' compensation agencies
22   rejected the claims under the terms of laws in
23   which they operated, and this provoked the
24   legislature in Illinois to revisit and revise

Page 8

Castleman, ScD

1    the legislation relating to workers'
2    compensation and perhaps in some ways, more
3    generally, prevention of occupational diseases.
4    And that was in 1936.
5       Q.   Do you know when asbestosis was
6    first recognized as a compensable disease under
7    the workers' compensation scheme in the state of
8    Illinois?
9       A.   1936, I believe.
10      Q.   And do you have any familiarity
11   with the Illinois Occupational Disease Act as
12   distinct from the Workers' Compensation Act?
13      A.   No, I don't have a clear
14   distinction in mind.
15      Q.   Do you know if the Illinois
16   Manufacturers' Association had any role in this
17   course of events in the 1930s that led to
18   legislation involving occupational disease
19   claims?
20      A.   My impression is they had a
21   substantial role that the affected industry
22   was -- worked through the Illinois
23   Manufacturers' Association to develop a -- kind
24   of a unified response to this legislative

Page 9

Castleman, ScD

1  challenge and negotiate something that would be
2  least damaging to their business activities.
3      Q.   I'm sorry, say that last part
4  again.
5      A.   Least challenging to their business
6  activities, least expensive.
7      Q.   Would it be fair to say that it is
8  your impression that the Illinois Manufacturing
9  {sic} Association was involved somehow in
10  lobbying or participating in the legislative
11  process with regard to the development of that
12  legislation?
13      A.   Yes.
14      Q.   Do you know whether the Illinois
15  Manufacturing Association played any other role
16  in connection with that legislation?
17      A.   No.  I think lobbying -- lobbying
18  is a broad term, but I think that takes it in.
19      Q.   Now, you mentioned that it was your
20  impression that industrialists had worked
21  through the Illinois Manufacturing Association.
22          Who do you mean to include in the
23  term "industrialists"?
24      A.   Well, I've seen lists of groups of

Page 10

Castleman, ScD

1  people that were involved, including Crane
2  Company.  And Mr. Walker tells me that Johns
3  Manville and Owens-Illinois were also involved
4  in some of the documented activities of this
5  group.
6      Q.   The lists that you have seen of the
7  groups of people involved, when did you see
8  those lists?
9      A.   Well, in connection with the case,
10  oh, I can -- about 2007, I think.  It was a case
11  involving John Crane as a defendant.  And I may
12  have seen it earlier, but there were --
13  John Crane claims to have lost all their
14  documents historically about asbestos.  And so
15  there are questions about what they could have
16  known or should have known based on things like
17  what was going on in the state of Illinois in
18  the 1930s.
19          And so that's where I think I saw
20  some of these documents and focused on them.  I
21  don't recall, there weren't many documents.
22  They simply reflect that there were various
23  committees, including, I think, a medical
24  committee of corporate representatives who were

Page 11

Castleman, ScD

1  in some way involved.
2      Q.   Involved with John Crane?
3      A.   Involved with Illinois
4  Manufacturers' Association in connection with
5  this legislation.
6      Q.   So the lists that you saw back in
7  2007, you believe at least relate to the same
8  legislation in the 1930s?
9      A.   Right.
10      Q.   Are those lists in your possession?
11      A.   No.  I mean, I have them, but I
12  don't have them with me.  They're part of a
13  John Crane file, probably part of the Crane Co.
14  file.
15      Q.   From what source did you obtain
16  those lists?
17      A.   I don't remember.  It was just, I
18  think, one or two documents.  And it might have
19  been Bobby Hatten, it might have been somebody
20  else, another plaintiff's attorney.
21      Q.   Done Johns Manville appear on any
22  of those lists?
23      A.   I don't remember seeing Johns
24  Manville on the list that -- I think it's only

Page 12

Castleman, ScD

1  one list, and it was mostly company doctors, I
2  believe.
3      Q.   Does Owens-Illinois appear on that
4  list?
5      A.   I don't remember.
6      Q.   Now, you also mentioned that Johns
7  Manville was somehow involved in these efforts
8  in the 1930s, and that was information that you
9  obtained from Mr. Walker, I take it, that's
10  information you obtained today?
11      A.   Just now, yes, verbally.
12      Q.   Could you tell me everything that
13  you understand about Johns Manville's
14  involvement in this legislation in Illinois in
15  the 1930s?
16      A.   I understand that Johns Manville's
17  chief lawyer, Vandiver Brown, was one of the
18  participants, one of the corporate
19  representatives involved in this
20  manufacturing -- manufacturers' committee.
21          MR. WALKER:  Off the record.
22          MR. FISCHER:  Sure.
23          (Discussion off the record.)

Page 13

Castleman, ScD

1  BY MR. FISCHER:
2      Q.   Do you have any information about
3  what Mr. Brown's actual involvement was?
4      A.   No.
5      Q.   Do I understand it correctly that
6  when you say he was a participant, you mean to
7  say that he apparently was -- well, what do you
8  mean by that?
9      A.   Well, I gather that his name
10 appears on some of the documents as somebody who
11 is involved as a corporate representative in
12 this connection.  That would make sense.
13         They had a plant in Waukegan,
14 Illinois, Johns Manville did.  They had workers'
15 compensation claims and lawsuits over asbestosis
16 by the mid-1930s coming out of this plant.
17     Q.   And when you say "this plant," you
18 mean the Waukegan plant, right?
19     A.   Right.
20     Q.   Have you seen any of the documents
21 to which you just referred?
22     A.   No, not the ones naming Mr. Brown.
23     Q.   Have you seen -- other than this
24 one list that you believe is in your John Crane

Page 14

Castleman, ScD

1  file, have you seen any documents relating to
2  legislation in Illinois in the 1930s related to
3  occupational disease?
4      A.   Well, I've seen it mentioned in
5  other places.  There was a three-volume tome
6  written called "The Pneumokoniosis," with a "k,"
7  published between 1934 and 1937 by some doctors
8  in Illinois.  And they went through an
9  interesting collection of writings, insurance
10 industry publications, for example, periodicals.
11 And a lot of the stuff that they compiled had to
12 do with asbestosis and silicosis and the law
13 that was being developed, or at least some of
14 the law changes that were being discussed in
15 Illinois in the mid-1930s.
16     Q.   And I see that you're paging
17 through your book there.  Are you looking for a
18 citation perhaps?
19     A.   Just wondering if I could remember
20 where I cited that thing in the book.  It's
21 probably under "compensation."  Let's take a
22 look.  (Perusing book.)
23         You can go on with your questions
24 while I do this.

Page 15

Castleman, ScD

1      Q.   I know that you're always kind
2  enough to make that offer, but I really find
3  that we get mixed up a little bit when we try to
4  do two things at once.
5      A.   Okay.  It's reference 82 on page
6  207, or at least it's noted as a source of one
7  of the abstracts I cite.
8         It's called "The Pneumokonioses
9  (Silicosis), Literature and Laws," Book III, or
10 there are three such books.  The first author is
11 G.G. Davis, Chicago Medical Press, 1937.  Right
12 here (indicating).
13     Q.   Have you ever seen, Doctor, an
14 actual copy of the publication entitled "The
15 Pneumoconioses" --
16     A.   Yes.
17     Q.   -- "Literature and Laws," Book III?
18     A.   Yes, I have.
19     Q.   Okay.  Do you recall by chance
20 where you may have seen it?
21     A.   No.
22     Q.   Do you have a copy of it?
23     A.   No.
24     Q.   You had originally said that you

Page 16

Castleman, ScD

1  thought it was "Pneumokonioses" with a "k."  It
2  looks like that one is with a "c."
3         Do you think there is a different
4  publication called "The Pneumokonioses," with a
5  "k"?
6      A.   It's the same publication.  This
7  could be a typo, or I could be remembering it
8  wrong, it's been a long time.
9      Q.   I take it that that publication
10 does not specifically relate to the legislation
11 or whatever efforts were made in advance of the
12 legislation to submit it to the Illinois
13 legislature; is that right?
14     A.   It's not clear.  I think it --
15 because it is such a singular type of
16 publication and the time when it came out is so
17 perfect, really, if it was connected with this
18 legislation, that would be just perfect as far
19 as timing.  And --
20     Q.   Let me ask it this way --
21     A.   And it looks like something that
22 would have been commissioned by insurance and
23 industrial interests.  That's just my
24 impression, but it's not something that I can

Page 17

Castleman, ScD

1 support with any kind of historical
2 documentation or accounting of how this
3 three-volume thing came to be commissioned and
4 written.
5     Q.   Okay.  So it's fair to say, as you
6 sit here now, you don't know whether or not
7 there were, as you say, insurance or industrial
8 interests urging the publication of this volume?
9     A.   Right.
10    Q.   Any other publications or documents
11 that you have seen that you believe are related
12 in any way to the legislation in Illinois in the
13 1930s that we've been discussing?
14    A.   Nothing else comes to mind.
15    Q.   Any other materials or documents
16 that you're aware of but which you have not seen
17 that would relate to the legislation in Illinois
18 in the 1930s relating to occupational disease
19 that we've been discussing?
20    A.   Only what Mr. Walker told me about
21 this morning.
22    Q.   And are there any other documents
23 or publications that Mr. Walker told you about
24 that we haven't talked about yet today?

Page 18

Castleman, ScD

1     A.   No.  It was a brief conversation.
2 I got the impression he's doing some rummaging
3 through historical papers relating to the
4 legislation and what was going on in the 1930s
5 with this Illinois Manufacturer --
6 Manufacturers' Association, and I look forward
7 to seeing them.
8     Q.   You mentioned that Mr. Walker had
9 also told you that Owens-Illinois was somehow
10 involved with the Illinois Manufacturers'
11 Association, right?
12    A.   That's what he told me.
13    Q.   What is your understanding of
14 Owens-Illinois' involvement?
15    A.   I think he mentioned A.C. Hirth,
16 H-I-R-T-H, as being involved.  Hirth was a --
17 what do you call him, outhouse counsel?  He was
18 an outside attorney employed by Owens-Illinois
19 and was prominent in the formation of the
20 industrial hygiene foundation and represented
21 Owens-Illinois on the Board of Industrial
22 Hygiene Foundation for many years.  And I
23 believe he -- or at least I understand that he
24 was involved, that would also figure he was a

Page 19

Castleman, ScD

1 leading figure as an attorney trying to minimize
2 the financial impact of occupational disease
3 claims on American industry in the 1930s.
4     Q.   And I mean to ask you a very
5 specific question, Doctor, what is your
6 understanding as to A.C. Hirth's involvement
7 with the Illinois Manufacturers' Association?
8     A.   I don't know anything about it.  I
9 just understand from Mr. Walker that he was
10 involved in some way, maybe like with Mr. Brown
11 being listed on some committee.  But having not
12 seen the documentation, I can't really tell you
13 any more.
14    Q.   You said that you believe that
15 Mr. Hirth was interested in minimizing the
16 financial impact of dust disease on industry?
17 Did I understand that correctly?
18    A.   Right.
19    Q.   I take it -- well, let me ask you
20 this:  Are you aware of any writings of
21 Mr. Hirth in which he says that that is his
22 interest?
23    A.   Well, some presentations he did at
24 different groups.  Let me see, what had I seen?

Page 20

Castleman, ScD

1 I haven't actually seen what he said at the
2 formation meeting of the Industrial Hygiene
3 Foundation, but it is alluded to in the notes of
4 Vandiver Brown, the meeting on January 15, 1935
5 in Pittsburgh.
6     Q.   I'm sorry, January what?
7     A.   I may have seen other speeches by
8 A.C. Hirth, but I can't recall.  It seems like
9 I've seen one somewhere, but I can't tell you
10 what it was or what it said.
11    Q.   Give me that date again, the Brown
12 notes of the meeting of January --
13    A.   January 15, 1935, which really
14 started the whole process of forming the
15 Industrial Hygiene Foundation.  I write about
16 that in Chapter 3.
17    Q.   As you sit here now, other than
18 Vandiver Brown's notes, have you seen anything
19 that would indicate or that would include
20 writings or comments of Mr. Hirth?
21    A.   Nothing else comes to mind.
22    Q.   What -- if you know, did the
23 Illinois Manufacturers' Association urge the
24 passage of legislation in Illinois in the 1930s,

Page 21

Castleman, ScD

1 or were they opposed to the passage of
2 legislation?
3     A.   I don't know exactly what their
4 **position was.  I -- my impression is that they**
5 **realized that there would have -- there would be**
6 **some kind of legislation and wanted to assure**
7 **that legislation was least damaging to their**
8 **business activities.**
9     Q.   And what do you base that on?  Let
10 me break that up into pieces, I'm sorry.
11     What do you base your opinion on
12 that they knew that there would, in fact, be
13 legislation passed?
14     A.   **Well, of course nobody knows these**
15 **things are for sure going to happen until they**
16 **happen, but it's -- I get the impression that**
17 **there was a consternation that there**
18 **were these people who were dying with asbestosis**
19 **and silicosis and so they, for technical, legal**
20 **reasons were closed out both from filing**
21 **workers' compensation claims and from suing**
22 **their employer.**
23     **And this was something that put the**
24 **ball in the court of the state legislature to**

Page 22

Castleman, ScD

1 **resolve.  And I gather that there was enough**
2 **public pressure from unions and media interests**
3 **and so on that something was, in fact, done**
4 **about it.**
5     Q.   And what I'm asking is, from where
6 do you get that impression?
7     A.   **From reading all the things that**
8 **I've seen about it.  I mean, little bits and**
9 **pieces in a three-volume set that made reference**
10 **to the Illinois law, Johns Manville documents**
11 **that made reference to it; I think I must have**
12 **seen some of them, although I can't off the top**
13 **of my head recall specific documents.**
14     Q.   Have you read the entire
15 three-volume set?
16     A.   **I've looked through it for**
17 **everything it had on asbestosis.  I don't think**
18 **I can say I've looked at every page, and I**
19 **probably missed abstracts -- missed reading**
20 **abstracts that might provide additional**
21 **information on some of the questions you're**
22 **asking about, what was going on in Illinois in**
23 **the '30s.**
24     Q.   Can you point me specifically to

Page 23

Castleman, ScD

1 any part of the three-volume set that you
2 believe covers these issues?
3     A.   **No.**
4     Q.   And I think --
5     MR. WALKER:  If I can
6 interrupt, Mr. Fischer.
7     MR. FISCHER:  Mm-hm.
8     MR. WALKER:  Before or during
9 Dr. Castleman's direct examination,
10 I will be providing him with a copy
11 of Plaintiffs' Exhibit No. 603, the
12 1935 speech by Hirth, which he
13 entitled "The Problem" given at the
14 founding of IHF.
15     Two of the more delightful
16 praises:  He says, "a concerted and
17 well-directed action" on page 1, and
18 on page 10 says that each company is
19 its brother's keeper.
20     I'm assuming that I have
21 provided that to your firm on other
22 occasions, but I'll certainly try to
23 give that to you yet this week.
24     MR. FISCHER:  Without waiving

Page 24

Castleman, ScD

1 any objections with regard to
2 whether or not that would be
3 appropriate at this stage of the
4 litigation, let me say that I am
5 aware of the document that you're
6 referring to, Mr. Walker, and it's
7 not necessary for you to send me a
8 copy.
9     MR. WALKER:  Okay.  Thank
10 you.
11 BY MR. FISCHER:
12     Q.   Dr. Castleman, you heard Mr. Walker
13 refer to what he described as a speech by
14 Mr. Hirth that he's marked as Exhibit No. 603.
15     Is that something that, from
16 Mr. Walker's description, you recognize as
17 something you've seen before?
18     A.   **I think I may have seen that.**
19     Q.   Are you prepared in any way to
20 discuss it today?
21     A.   **No.**
22     Q.   Do you know anything about what
23 Mr. Hirth is purported to have said in the
24 course of that speech?

Page 25

Castleman, ScD

1
2    A.   I don't recall what he said in that
3  particular speech, but I think I have seen that.
4    Q.   If you -- well, let me ask you
5  this:  Do you recall when it was that you think
6  you saw it?
7    A.   No, I don't remember when I saw it.
8    Q.   Do you know how long ago it was
9  that you think you saw it?
10   A.   No.
11   Q.   Do you have any information as to
12 what position Mr. Hirth may have had with regard
13 to whether or not legislation in Illinois in the
14 1930s on the issue of occupational disease was a
15 good thing or a bad thing?
16   A.   I don't recall what he might have
17 said about that.  Again, I think this was -- the
18 industry was in a reactive mode at this time,
19 and they were not initiating the legislation,
20 but they wanted to affect its development in a
21 way that it would be consistent with their
22 business interests.
23   Q.   Do you know whether there were
24 public hearings with regard to this proposed
25 legislation?

Page 26

Castleman, ScD

1
2    A.   If there were, I haven't seen any
3  transcripts of legislative hearings or other
4  types of public hearings that may have occurred.
5    Q.   Do you know if there were any
6  groups or organizations that urged passage of
7  the legislation?
8    A.   If there were any mentioned in the
9  things that I've read, I don't recall who they
10 might have been.  I can easily imagine unions,
11 for example, wanting to see something done by
12 the legislators, but I don't really remember
13 specific documents that talk about the parties
14 that were speaking publicly in favor of the
15 legislation or of some kind of legislation.
16   Q.   And just so we're clear, you can
17 imagine that unions might be in favor of this
18 kind of legislation, but you don't have any
19 information specifically about the legislation
20 in Illinois and whether there were any unions
21 that urged passage or not passage?
22   A.   That's right.
23   Q.   Have you looked to see, Doctor,
24 whether or not after asbestosis became a
25 compensable disease in Illinois, what the rate

Page 27

Castleman, ScD

1
2  of filings were?
3    A.   The rates of filings --
4    Q.   Yes, sir.
5    A.   -- of claims?
6        No, I haven't.
7    Q.   When did silicosis become
8  compensable as an occupational disease in
9  Illinois?
10       MR. WALKER:  Do you mean as
11       opposed to those plaintiffs that had
12       been successful under what we call
13       common lawsuits?
14       MR. FISCHER:  I may be able
15       to rephrase it.
16       MR. WALKER:  I object to the
17       question, unless you talk about what
18       I might call a matrix approach of --
19       under the Industrial Commission or
20       the trial by jury under common law
21       theories.
22   Q.   Let me ask it that way,
23 Dr. Castleman:  Are you aware of the rate of
24 filings of claims with the Industrial Commission
25 of people who asserted that they had contracted

Page 28

Castleman, ScD

1
2  asbestosis through their work after asbestosis
3  became compensable under that system?
4    A.   I had seen something and recorded
5  something about the filing of claims in the
6  state of Illinois.  Let me see if I can find it
7  here.
8        (Perusing book.)  Somewhere I had
9  seen, and I thought recorded, that there were a
10 number of claims against Johns Manville in the
11 1930s in Illinois before there were changes made
12 in the law.
13   Q.   And so that I understand, you're
14 talking about before the passage of this
15 legislation that we're talking about?
16   A.   Right.
17   Q.   How about after the passage of the
18 legislation, are you aware of anything about the
19 number of claims or -- in that sentence, I'm
20 using "claims" to include claims with the
21 Industrial Commission or claims in the common
22 law system, any kind of claim where somebody
23 sought compensation for the disease asbestosis?
24   A.   No, I don't know what happened in
25 terms of claims that were made.  I mean, I might

Page 29

Castleman, ScD

1 know one or two scattered claims.  Like, I knew
2 of a claim that was filed in the late '40s just
3 because I saw some reference to that in the
4 Johns Manville archives, Dominick Bertogliat,
5 B-E-R-T-O-G-L-I-A-T.  He was a foreman at the
6 Waukegan plant, I think.
7         But I haven't come across
8 information that really, you know, gives any
9 sense of how many claims there were against
10 Johns Manville in Illinois in the years
11 following the enactment of the changes in the
12 law in 1936.
13        Q.   Do you know anything about what
14 position Vandiver Brown was taking on the
15 question of whether or not there should be
16 legislation in Illinois that would recognize
17 asbestosis as a compensable disease?
18        A.   I don't know specifically what
19 Vandiver Brown's position was.
20         My impression is that the general
21 position of industry at the time was that when
22 laws were changed in a way that explicitly
23 recognized asbestosis and silicosis as
24 compensable diseases, that these laws be phased

Page 30

Castleman, ScD

1 in in a way that left the employers free from
2 liability in the year -- for exposure in the
3 years prior to the enactment of the law so that
4 they could avoid having a deluge of claims filed
5 as soon as the law was passed and having to
6 compensate all of those people who have become
7 crippled from working for them, from breathing
8 occupational dusts.
9        Q.   When did silicosis become
10 compensable in the state of Illinois as an
11 occupational disease, if you know?
12         MR. WALKER:  You mean
13         Industrial Commission-type
14         compensable?
15         MR. FISCHER:  Yes, I do.
16         MR. WALKER:  Thank you.
17        A.   Yeah.  I think that was in 1936
18 with the changes in the law listing both
19 silicosis and asbestosis in the text of the law.
20 As far as I know, there wasn't any different
21 arrangement for silicosis than there was for
22 asbestos.
23 BY MR. FISCHER:
24        Q.   Was it Vandiver Brown's position in

Page 31

Castleman, ScD

1 the 1930s that steps should be taken to prevent
2 asbestosis and silicosis from becoming
3 compensable diseases in the state of New Jersey
4 under that state's version of the Occupational
5 Disease Act and the Workers' Compensation Act?
6        A.   That appears to have been his view
7 in 1934 and possibly by -- possibly in the
8 situation that the industry faced in Illinois,
9 some adjustment had to be made in a situation
10 where they weren't able to kill the legislation,
11 and then they had to come to terms with seeing
12 that the legislation written was something that
13 they felt was as good a deal as they could get.
14        Q.   And would it be fair to say,
15 Dr. Castleman, that everything that you said in
16 that last answer after the word "possibly" is
17 something that you are essentially speculating
18 about without being able to point me to any
19 particular document or statement that would
20 support that claim?
21        A.   Well, this is where speculation in
22 a legal context has a special meaning, and I
23 tend to try to avoid that.
24         It's my impression, from all of the

Page 32

Castleman, ScD

1 things that I have read that have any bearing on
2 the subject, that this is what went on.  But
3 whether you or a Court would characterize that
4 as speculation, I leave to you and the Court.  I
5 wouldn't characterize it in that word.
6        Q.   Would it be fair to say that you
7 could not point me to any specific document or
8 other material that would support your
9 impression in the sense of it actually says what
10 your impression is?
11        A.   I can't tell you any more than I
12 have in terms of documentary basis for my views.
13        Q.   Have we exhausted your knowledge
14 with regard specifically to this legislation in
15 Illinois in the 1930s and the involvement of the
16 Illinois Manufacturers' Association, if any?
17        A.   Yes.
18        Q.   Anything else that Mr. Walker has
19 brought to your attention as something that
20 might be relevant to your work in this case?
21        A.   I don't think so.  I think we've
22 spent about as much time talking about it as
23 Mr. Walker and I spent talking about it.
24        Q.   Is it still true that you have

Page 33

Castleman, ScD

1 never read the trial testimony of
2 Richard Grimmie from 1996?
3     A.   That's right.  I guess I've just
4 been too busy.
5     Q.   Fair to say, then, that you have
6 not relied upon the testimony of Mr. Grimmie in
7 forming any of the opinions that you would offer
8 to the jury in this matter?
9           MR. WALKER:  Well, what
10        opinions are those?  I mean, every
11        defendant moves to limit the
12        opinions that he expresses.
13           So, I mean, I object to the
14        question.  It seems kind of odd that
15        you would move in advance to say
16        that Dr. Castleman can't offer
17        opinion about Acts and then go to
18        the deposition and imply that
19        Mrs. Shipley and her lawyer are
20        going to violate the rulings.
21     Q.   Just so we're clear, Dr. Castleman,
22 I actually move that you not be able to testify
23 at all, but I didn't move to limit your
24 testimony about any particular opinion.

Page 34

Castleman, ScD

1           MR. WALKER:  But I would
2        assume that you -- if you're
3        complaining, you certainly
4        complained less as at the time that
5        your brothers and sisters put this
6        harpoon in you than you seem to be
7        now.
8     Q.   Doctor, what I'm really trying to
9 get at is, if you haven't read Mr. Grimmie's
10 testimony, I take it you don't rely on it?
11     A.   That's right.  I mean, I
12 understand, and I may have seen excerpts of his
13 testimony, that he's a former Owens-Illinois
14 management official who came to work as a worker
15 and who now, many years later, claims to recall
16 being told something about the dangers of
17 asbestos at the time he was hired by
18 Owens-Illinois.
19     Q.   And you have that understanding
20 because at prior depositions you and I have
21 actually gone through some of Mr. Grimmie's
22 testimony together, right?
23     A.   Quite possibly.  Like I say, I
24 mean, these depositions are -- well, they're

Page 35

Castleman, ScD

1 being done at the rate of about 60 a year, so
2 it's a little hard to remember what goes on at
3 each one.
4     Q.   Would it be fair to say that other
5 than the times when I have showed you
6 Mr. Grimmie's testimony no one else -- strike
7 that.
8           Has anybody other than me ever
9 shown you Mr. Grimmie's testimony?
10     A.   No.  Apparently you're the only one
11 who thinks it has any value.
12     Q.   Is it still true that you have not
13 read the testimony of any Owens-Illinois
14 employee?
15     A.   Oh, I think I read the testimony of
16 the industrial hygienist, Mr. Willis Hazard.  I
17 read some of his testimony, I believe.
18     Q.   Have you read -- well, let me ask
19 you this:  Do you recall what deposition of
20 Mr. Hazard's you read?
21     A.   No.
22     Q.   Did you read the whole thing?
23     A.   I don't know.  If I did, it was a
24 long time ago.

Page 36

Castleman, ScD

1     Q.   How long ago?
2     A.   Well, I think the depositions are
3 dated in the early '80s or before, it could have
4 been.
5     Q.   Are you familiar with the testimony
6 of Mr. Hazard from February 11, 1981?
7     A.   That sounds like one of them, yes.
8     Q.   Have you ever testified that you
9 did not read the testimony of Mr. Hazard?
10     A.   I may have.  Like I say, I think
11 I've probably seen excerpts of it.  And my
12 memory of what I saw may not be totally
13 consistent in all the times I've been asked
14 about it.  It's not something that I've written
15 about, it's not something that I paid particular
16 attention to.
17     Q.   It's not discussed in your book,
18 right; that is, Mr. Hazard's testimony is not
19 discussed in your book?
20     A.   I don't think so.  I think that's
21 correct.
22     Q.   And Mr. Grimmie's testimony is not
23 discussed in your book, right?
24     A.   That's right.

Page 37

Castleman, ScD

Q.   I've given you a complete copy of
Mr. Grimmie's testimony in the past, right?
    **A.   I believe you have.**
    Q.   And I've given you a complete copy
of Mr. Hazard's testimony in the past, correct?
    **A.   I didn't know where that came from,
but I do have it in my Owens-Illinois file.
Whether I first got it from you or not, I don't
remember.**
    Q.   I brought copies of each of them
for you today.  I will just set them here on the
table.  You're welcome to take them if you care
to.
    **A.   I already have them, I'm pretty
sure, in my Owens-Illinois file.**
    Q.   Okay.  Well, if you think you've
got them, then there's no need for you to take
those.  But if you think they're helpful to you,
I brought them for you.
        Could you just acknowledge for me,
Dr. Castleman, that we've got Owens-Illinois
Exhibit No. 666, which is dated
November 26, 1996, and it appears to be the
testimony of Richard E. Grimmie?

Page 38

Castleman, ScD

    **A.   Yes.**
    Q.   And Owens-Illinois No. 650, dated
February 11, 1981, is the testimony of
Willis Hazard?
    **A.   Right.**
        MR. WALKER:  Let me just
    comment that the only trans- -- the
    transcripts I've seen of Hazard on
    February 11th, '81 -- let me just
    check -- I thought that had a lot of
    exhibits associated with it, and I
    don't see any exhibits here,
    Mr. Fischer.
        What part of my recollection
    is wrong?
        MR. FISCHER:  There are no
    exhibits attached there.
    Q.   Dr. Castleman, would you like to
have the exhibits?  I think you testified in the
past that you have them, but if you would like
copies of them, I'm happy to send them to you.
        MR. WALKER:  Well, I'm not
    saying that you should or shouldn't
    give them to him, I just want the

Page 39

Castleman, ScD

record to be clear that the
transcript in which you referred as
OI Exhibit No. 650 references quite
a few exhibits on the page that
follows Arabic page 3.  And the copy
that you've provided Dr. Castleman
has none of them attached to it.
        MR. FISCHER:  I agree.
        MR. WALKER:  Okay.
        MR. FISCHER:  I'll also state
that the copy of the transcript of
Mr. Grimmie that I've provided here
makes reference to exhibits that
were available to Mr. Grimmie and
the people there, and that they are
not attached to this transcript
either.
BY MR. FISCHER:
    Q.   Dr. Castleman, as I said, I believe
you testified that you have those exhibits, but
I'm happy to send them to you if you'd like.
        Would you like me to?
    **A.   I don't see a list of what the
exhibits are.  I guess I -- you have to go**

Page 40

Castleman, ScD

**through the transcript to see that, at least
that's the way it looks.  All I have is an index
that lists what pages the exhibits are mentioned
on, at least that's my reading of this thing.
        I don't think it would probably be
useful for me to take the time to try and figure
this out.  I don't actually see the reference to
the first 19 exhibits on page 4, even though as
I see it as Exhibit Nos. 1 to 19, and then
there's reference to page 4.**
    Q.   You've testified in the past,
Dr. Castleman, about the number of references in
the literature to asbestos-related disease as of
certain points in time, right?
    **A.   I have.**
    Q.   And I was curious about when you
first made that count.
    **A.   Well, I don't remember.  I mean,
I've been testifying in these cases since I was
32 years old, and I'm an old man now.  I don't
remember when I was first asked to give numbers.
        Lots of times I prefer to do it by
referencing something like the report published
by the State of Pennsylvania in 1935 in which**

Page 41

Castleman, ScD

1  there are 125 references to earlier works on
2  asbestosis, published all over the world.
3
4          It's something I'm more comfortable
5  with than trying to pick numbers and answering
6  the different questions that lawyers who ask me
7  about, you know, how many articles on asbestosis
8  were published in the world literature by 1953
9  or whatever.
10         You know, I feel I'm less than
11  precise in my answers about questions like that
12  because I really don't know exactly how many
13  articles I had seen by a given date.
14     Q.   Did you ever make a list that would
15  show how many articles that appeared before any
16  given date?
17     A.   No.  I think David Ozonoff did
18  something like that, and I saw a list that he
19  had compiled, but I never did that myself.
20     Q.   Is the Ozonoff list cited in your
21  book?
22     A.   No.
23     Q.   Is that something you still have in
24  your possession?
25     A.   I don't think so.

Page 42

Castleman, ScD

1
2     Q.   When you talk about the documents
3  that made reference to asbestos-related disease
4  at certain points in time, I take it that
5  Merewether's publications would be included,
6  right?
7     A.   Sure.
8     Q.   Including the textbook that he
9  edited in 1956?
10     A.   That's one of Merewether's
11  publications, yes.
12     Q.   The Dreessen article from '38?
13     A.   Yes, that's certainly part of the
14  literature.
15     Q.   There's a Dreessen publication --
16         MR. WALKER:  I assume this is
17     not a trick question, you're not
18     going to say "And didn't you say
19     that Merewether's article that was
20     actually published in '38 was part
21     of the literature in '36"?  I mean
22     that's not your purpose?
23         MR. FISCHER:  That's not.
24     No, it's not.
25         MR. WALKER:  Okay.  I have no

Page 43

Castleman, ScD

1     objection.  Go ahead.
2         MR. FISCHER:  Thank you.
3  BY MR. FISCHER:
4     Q.   The Dreessen publication in '39 in
5  addition to the publication in '38, that the '39
6  publication essentially discusses the same work
7  that he did in the textile mills, correct?
8     A.   That's a very short summary that he
9  coauthored with Dr. Sayers, yes.
10     Q.   Yes.  And I'm trying to get a sense
11  for when you've done your count, does the '39
12  one count as an additional publication?
13     A.   I would think of it that way, yes.
14     Q.   How about the Cartier case series
15  in 1952?
16     A.   Anything that was published that
17  talked about asbestos and disease, I would count
18  as part of the published literature.
19     Q.   So that would include Cartier from
20  '52, right?
21     A.   Sure.
22     Q.   Would it include the publication of
23  the Owens-Illinois Kaylo studies in 1955?
24     A.   Sure.
25

Page 44

Castleman, ScD

1
2     Q.   Would it include other publications
3  of Dr. Schepers?
4     A.   If it talked about asbestos, it
5  would.
6     Q.   And it would include Doll in '55;
7  is that right?
8     A.   Right.
9     Q.   Would it include editions of JAMA
10  at various points in time to the extent that
11  they discussed asbestosis?
12     A.   Yes.  I mean, it would include
13  anything in the medical literature or anyplace
14  else that was published and publicly available
15  as a published writing that talked about
16  asbestos as a hazard.
17     Q.   If a publication appeared in a
18  journal and then it was abstracted in the IHF
19  Digest, would that count as one publication or
20  two?
21     A.   I don't know.  I mean, it just
22  depends how you do your counting.  You could
23  say, you know, abstracts are counted as separate
24  publications because they are, in a sense,
25  separately available in ways that the original

Page 45

Castleman, ScD

1  articles might not be.  It just depends.  It
2  just depends on the question.
3          And I have said on occasion that
4  there were at least 80 articles and abstracts
5  published that talked about asbestos and cancer
6  before 1950, but there I'm clear in the way I
7  expressed it that I am counting abstracts.
8      Q.   And to the extent -- what I'm
9  really trying to do, Doctor, of course, is
10  figure out how you do it.
11          If someone asked you how many
12  publications were there, would the abstract
13  count as a separate publication to you, or would
14  it depend on the context, or how would you do
15  it?
16      A.   I normally --
17          MR. WALKER:  Didn't he just
18          answer it depends on the context?  I
19          mean --
20      A.   Yes, it depends on the context.  I
21  normally don't think of abstracts as separate
22  publications, but in terms of notice and
23  availability of information in cases of this
24  kind, abstracts can be very important.

Page 46

Castleman, ScD

1          It may well be that defendant
2  companies that were members of the IHF didn't
3  receive certain medical journals, and yet they
4  received the Industrial Hygiene Digest, they did
5  receive reports about what articles on asbestos
6  said in various medical journals around the
7  world.
8      Q.   Let me ask you a little bit about
9  the IHF.
10          The meetings of the IHF were
11  contemporaneously publicized, correct?
12      A.   Well, some of them were.  They had
13  a -- kind of a general or plenary meeting that
14  received some publicity in newspapers in the
15  late '40s, so I understand, according to
16  writings of the IHF.
17          But then there were other kinds of,
18  you know, different committees and groups within
19  the IHF whose discussions, I think, were more
20  closely held and which were not the subject of
21  any publications.
22      Q.   The IHF was interested in
23  occupational disease, right?
24      A.   Right.

Page 47

Castleman, ScD

1      Q.   And it was interested in a wide
2  variety of occupational diseases, not just those
3  related to asbestos, correct?
4      A.   Yes.
5      Q.   Much of the workings of the IHF had
6  nothing to do with asbestos?
7      A.   Right.
8      Q.   There were certainly members of the
9  IHF that had no connection to industrial use of
10  asbestos?
11      A.   I suppose so, although asbestos
12  insulation was very widely used in the factories
13  of diverse members of the IHF.
14      Q.   It would be inaccurate to describe
15  the IHF as an asbestos institution, correct?
16      A.   Yes.  I wouldn't think of it that
17  way.  It was more broadly based.
18      Q.   The IHF Digest published abstracts
19  of medical and industrial literature that might
20  relate to workplace conditions, right?
21      A.   And hazards, yes.
22      Q.   "And hazards."
23          Including industrial disease?
24      A.   Right.

Page 48

Castleman, ScD

1      Q.   And the IHF Digest was widely
2  distributed amongst IHF members, correct?
3      A.   Sure.  It was one of their reasons
4  they became members.
5      Q.   Was to get the IHF Digest?
6      A.   Right.
7      Q.   It was a tool to disseminate
8  information?
9      A.   Right.
10      Q.   I'm sorry, I didn't catch your
11  answer.
12      A.   "Right."
13      Q.   Are you aware of any other
14  public -- any publication that disseminated more
15  information in the 1940s and '50s about
16  asbestos-related disease than the IHF Digest?
17      A.   The only thing that came close
18  would have been the Journal of Industrial
19  Hygiene, a later Journal of Industrial Hygiene
20  and Toxicology, which operated until 1949 and
21  contained a great many abstracts, as well.
22      Q.   Are you aware, Dr. Castleman, of
23  any report in the medical literature of a person
24  getting mesothelioma that was attributed to an

Page 49

Castleman, ScD

1                Castleman, ScD
2 occupational exposure that the person's spouse
3 had experienced before the Newhouse & Thompson
4 report in 1965?
5     **A.   With respect to other substances,**
6 **there were certainly cases.**
7        **With respect to asbestos, if that's**
8 **what you were meaning to ask about, the earliest**
9 **household contact case, I believe, was one of**
10 **the cases in Wagner's report -- W-A-G-N-E-R --**
11 **in 1960. It was the daughter of somebody who**
12 **had occupational exposure to asbestos.**
13     Q.   And in the Wagner report in 1960,
14 is there a description there that the households
15 in which those people lived were either in or in
16 very close proximity to the asbestos mines?
17     **A.   Some of them were. I don't think**
18 **that that kind of comment can be stated in a**
19 **blanket way in describing the cases.**
20     Q.   With regard to the specific
21 instance that you brought up of the daughter, is
22 it clear to you from reviewing Wagner that the
23 exposure to asbestos that that woman experienced
24 was asbestos that was brought home by her father
25 or asbestos that she would have had an exposure

Page 50

1                Castleman, ScD
2 to merely as a result of living near the mine?
3     **A.   I don't recall any detail exactly**
4 **what Wagner said about the environmental**
5 **exposure and the household contact exposure.**
6 **There were 33 cases in his report, and they were**
7 **generally described fairly briefly individually.**
8        MR. WALKER: Mr. Fischer, in
9    case you're either reloading or
10    going to another subject or
11    something, I notice that we've been
12    going -- and I didn't record our
13    start time -- but for a while.
14        THE WITNESS: About an hour.
15        MR. WALKER: And I just want
16    to make sure that amongst the
17    defense, there's some agreement as
18    to how the time is going to be
19    shared so that we don't run into the
20    situation that some defendant is
21    going to say, well, I really would
22    have put that witness away but for
23    the fact that OI just took too look
24    to start --
25        MR. MODESITT: We will not

Page 51

1                Castleman, ScD
2 have a problem.
3        MR. FISCHER: Thank you.
4        THE WITNESS: If you say so,
5    Mr. Modesitt, I believe you.
6        MR. MODESITT: We'll be done.
7 BY MR. FISCHER:
8     Q.   Dr. Castleman, when did cautionary
9 information about asbestos first appear on
10 asbestos-contained products?
11     **A.   It's not clear to me whether there**
12 **was any health warning on products made by -- I**
13 **think the company was called Cafco.**
14     Q.   United States Mineral?
15     **A.   United States Mineral. Thank you.**
16     **I make reference to it at the**
17 **beginning of Chapter 5. There were some**
18 **documents indicating that they had a sprayed**
19 **asbestos product that they were seriously**
20 **considering warning people about at the very end**
21 **of 1962, and I'm not sure exactly what happened**
22 **as to the warnings on such products.**
23        **The next thing would be the Johns**
24 **Manville label in April, I think, of 1964**
25 **where -- and this is documented in several ways,**

Page 52

1                **Castleman, ScD**
2 **so I am satisfied that it actually happened --**
3 **Johns Manville put a very mild warning on their**
4 **containers of insulation.**
5     Q.   And when you say --
6     **A.   A health warning basically saying**
7 **that inhalation of asbestos in excessive**
8 **quantities over long periods of time may be**
9 **harmful.**
10        **And then they even try to expand**
11 **the vocabularies of the workers by advising that**
12 **they use respirators approved for**
13 **pneumoconiosis-producing dust in its warning**
14 **label.**
15     Q.   Do I understand you correctly,
16 Doctor, that you just don't know one way or the
17 other whether or not United States Mineral put a
18 warning or caution statement on its Cafco
19 products prior to 1964?
20     **A.   That's right. I just -- the**
21 **document trail that I had sort of -- it's less**
22 **than conclusive in establishing that.**
23     Q.   Next in the chronology, at least
24 with regard to cautions or warnings, would be
25 the Johns Manville statement in April of '64?

Page 53

Castleman, ScD

1
2   **A.   Right.**
3       Q.   When you said that they put it on
4   their insulation products, what do you mean by
5   "insulation products" of Johns Manville?
6       **A.   The shipping cartons of**
7   **thermobestos.  And if they were still making**
8   **magnesium insulation, I suppose that would have**
9   **been covered, too.**
10      Q.   And did Johns Manville manufacture,
11  of course, asbestos-containing products other
12  than thermobestos and its magnesia products,
13  right?
14      **A.   They manufactured lots of asbestos**
15  **products.  They didn't put warnings on any of**
16  **those as far as I know, and they didn't put**
17  **warnings on the sacks of asbestos they were**
18  **shipping into this country from Canada, either,**
19  **not for another four or five years.**
20      Q.   When did the warnings first appear
21  on the asbestos fiber containers?
22      **A.   That appears to have happened**
23  **sometime in the beginning of 1969.**
24      Q.   How about with regard to other
25  products that had been fabricated using asbestos

Page 54

Castleman, ScD

1
2   as a raw material; when, if ever, did Johns
3   Manville put warnings on those products?
4       **A.   I don't remember specific dates on**
5   **things like asbestos cement sheets.  I can't**
6   **think of anything else they made that might have**
7   **had warnings on it before 1972, when it was**
8   **required by the Department of Labor.**
9       Q.   How about Transite Board?
10      **A.   That's what I'm thinking of,**
11  **asbestos cement sheets.  I dont know -- I think**
12  **there was an article published by Keith Harless.**
13  **And he made reference to asbestos cement --**
14  **well, asbestos board products from Johns**
15  **Manville and noted that there -- if I remember**
16  **this right, he noted that there weren't warning**
17  **labels on the products.  And I'm just trying to**
18  **see when that was published.**
19          **(Perusing book.)  It might have**
20  **been in 1978.**
21      Q.   Let me ask it this way,
22  Dr. Castleman:  Are you aware of any other
23  products on which Johns Manville placed a
24  warning prior to 1972 other than thermobestos or
25  similar kinds of insulation and asbestos fiber?

Page 55

Castleman, ScD

1
2       **A.   Nothing comes to mind.**
3       Q.   When did Owens Corning first place
4   a warning or caution on its products that
5   contained asbestos?
6       **A.   It appears to have happened --**
7   **well, I think that happened in 1970, but I'm not**
8   **sure.**
9       Q.   How about Pittsburgh Corning, when
10  did it first place a warning on its products, if
11  ever?
12      **A.   I don't think they ever did.**
13      Q.   How about Unarco?
14      **A.   I don't know.**
15      Q.   Do you know if Unarco had any
16  involvement in the Illinois Manufacturing --
17  Manufacturers' Association?
18      **A.   I don't know if they did.  This may**
19  **have been before Unarco was making asbestos**
20  **insulation in Bloomington.**
21      Q.   Well, we were talking about the
22  1930s specifically before, but let me ask you
23  just generally speaking whether you know if
24  Unarco had any participation in the Illinois
25  Manufacturers' Association at any period of

Page 56

Castleman, ScD

1
2   time.
3       **A.   Well, apparently they did have a**
4   **plant in Illinois in Cicero starting in 1926,**
5   **so -- and I have it recorded as a unibestos**
6   **plant, so I had forgotten about that.  So**
7   **apparently they were a manufacturer in Illinois**
8   **in the period of interest to us at this**
9   **discussion, at this deposition.**
10      Q.   Do you know whether or not Unarco
11  was ever a member of the Illinois Manufacturers'
12  Association?
13      **A.   No, I don't.**
14      Q.   Do you know whether Unarco had any
15  role or participation in the legislation that
16  was offered and passed about occupational
17  disease in Illinois in the 1930s?
18      **A.   I don't know about that.**
19      Q.   Other than Johns Manville and Owens
20  Corning, did any other manufacturer of
21  asbestos-containing pipe insulation or block
22  insulation place a warning or caution label on
23  its product prior to 1972?
24      **A.   I believe that EaglePicher did in**
25  **1964.  There are historic documents, letters to**

Page 57

Castleman, ScD

1 customers and the memorable "Don't shout caution
2 from the rooftops" internal memo that I recall
3 relating to that.  That's one company.
4     Q.   How about Philip Carey, are you
5 aware whether Philip Carey ever placed a warning
6 on its asbestos-containing pipe insulation or
7 blocks prior to '72?
8     A.   I don't know if they did.
9     Q.   In what countries were there
10 production of products using asbestos as a raw
11 material in the 1950s and '60s?
12             MR. WALKER:  You mean like
13         nations?
14             MR. FISCHER:  Yes, sir.
15     A.   Well, it was used in lots of
16 countries.  What do you mean?  You mean asbestos
17 mining or use of asbestos?
18     Q.   No.  I'm talking about the
19 fabrication of products using asbestos as a raw
20 material.
21     A.   It was very widespread.  I think
22 most industrial countries and a lot of
23 developing countries had asbestos plants.  I
24 mean, India had asbestos plants, at least as far

Page 58

Castleman, ScD

1 back as 1937.
2     Q.   When did warnings or caution labels
3 first appear on any asbestos-containing product
4 manufactured in India?
5     A.   I don't know if they even do it
6 today.  The rest of the world, as far as I've
7 been able to determine, lagged behind the
8 United States on the matter of warning labels on
9 asbestos products.
10     I guess I should say the rest of
11 the world's companies and governments lagged
12 behind the labeling that initially started with
13 some asbestos manufacturers in the United States
14 and then became a matter of government
15 requirement.
16     Q.   And, in fact, in many nations or
17 countries, asbestos manufacturing is and was
18 government-owned, right?
19     A.   Well, that was, I suppose, the case
20 in the old Soviet Union and China.
21     Q.   Did asbestos-containing products
22 manufactured in the Soviet Union or China ever
23 bear warnings or cautions relating to the health
24 effects of asbestos?

Page 59

Castleman, ScD

1     A.   I think I recall seeing something
2 like that on a sack of asbestos from Russia at a
3 plant in Vietnam.
4     Q.   When would you have seen that?
5     A.   1991.
6     Q.   Is that the --
7     A.   The warning was in English.
8     Q.   Is that the first time that you
9 would be aware of any warning or caution
10 relating to the health effects of asbestos on
11 asbestos or asbestos-containing products
12 originating in the Soviet Union?
13     A.   Yes.  But I haven't made any real
14 investigation about that.  This was just an
15 incidental observation.
16     Q.   How about asbestos-containing
17 products manufactured in Europe; are you aware
18 of any warnings or cautions, labels being placed
19 on asbestos-containing products manufactured in
20 Europe at any time?
21     A.   Yes.  I discuss this in Chapter 11
22 of the book.
23         (Perusing book.)  I even have a
24 picture of the label that was developed by the

Page 60

Castleman, ScD

1 British Asbestos Industry (indicating).
2     Q.   The take care with asbestos
3 picture?
4     A.   Right.  Right.  So I thought this
5 was a marvelous creation from the land of
6 understatement and ambiguity.
7     Q.   And it looks like on the very next
8 page there appears to be a warning that is in
9 Spanish?
10     A.   Yes.  This other warning, although
11 it's in Spanish, is much clearer in
12 communicating true dangers of asbestos.  Even to
13 people who don't speak Spanish, the word cáncer
14 --
15     Q.   C-A-N-C-E-R?
16     A.   -- C-A-N-C-E-R -- is understandable
17 and so is the skull and crossbones.
18     Q.   And that's on page 789 of your
19 book; is that correct?
20     A.   Right.
21     Q.   And when did that first appear on
22 any product, that you're aware of?
23     A.   Which one?
24     Q.   The one on page 789 of the book.

Page 61

Castleman, ScD

1
2      A.   Oh, I don't think that ever
3  appeared on a product.  That was a protest
4  poster hung in schools made of asbestos cement
5  by Puerto Rican teachers.
6      Q.   Okay.  The --
7      A.   That would have been in the late
8  '70s, I think, '79, 1980.
9      Q.   How about the label on page 788,
10  that did appear on products; is that correct?
11      A.   I think so.
12      Q.   And when did it appear on products?
13      A.   It was -- as the text below says,
14  it was introduced in Britain in 1976 and later
15  adopted by the Asbestos International
16  Association, and that they were satisfied that
17  this label had no adverse effect on sales in
18  Western Europe and Australasia.
19      Q.   Is that a T&N document?
20      A.   The reference?
21      Q.   Yes.
22      A.   Let's see.  Probably it is.
23          (Perusing book.)  I don't know.  If
24  it's a document that came from Turner & Newall,
25  it's not referenced in that way.

Page 62

Castleman, ScD

1
2      It's a 1984 letter from the
3  Asbestos International Association guy to the
4  Asbestos Institute fellow in Canada.
5      Q.   If we exclude Great Britain,
6  Doctor, are you aware of any warnings or
7  cautions that have ever appeared on
8  asbestos-containing products manufactured in
9  Europe except for Great Britain?
10      A.   Nothing comes to mind.  I may have
11  discussed other countries in Chapter 11, but I
12  can't remember anything.  I mean, it seems like
13  the British industry took the lead in dealing
14  with this question of warning labels.  That's
15  expressed very clearly in a meeting of the
16  Asbestos International Association in 1978, that
17  they felt that they'd rather have no warning
18  label at all, but if they had to put one on,
19  that they would like to go with this rather than
20  have to worry about the skull and crossbones or
21  the word "cancer" being imposed on them by
22  government authorities.
23      Q.   Now, when you say the British
24  industry took the lead, you mean in Europe; we
25  already established that the United States was

Page 63

Castleman, ScD

1
2  ahead of Britain or Europe with regard to
3  caution or warning labels, right?
4      A.   Right.  And some of the T&N
5  documents talk about how the Americans were a
6  lot more nervous about this matter of warning
7  labels because of the product liability cases in
8  the United States, which the Europeans and the
9  Brits generally didn't have to worry about.
10      Q.   One of the things that you've done
11  with your professional life is spent some time
12  outside of the United States urging bans on
13  asbestos use, right?
14      A.   Well, working with other public
15  health workers in connection with legislation
16  like that, yes.
17      Q.   Would you agree that every country
18  that has used asbestos industrially has had
19  mesothelioma incidents?
20      A.   Well, I think that's probably true,
21  although it's not documented in every case.  And
22  there are lots of countries where there cases
23  just go uncounted, undiagnosed, unrecorded in
24  the medical journals.
25      Q.   Have you ever tried to determine

Page 64

Castleman, ScD

1
2  whether mesothelioma incidents in the
3  United States is more or less than in other
4  countries that have used asbestos industrially?
5      A.   I don't think that there would be
6  any way of making that kind of comparison.  So
7  much depends on the recording of this data, and
8  different countries do it in different ways.
9  Lots of other countries have a national health
10  service that serves as a good way of gathering
11  information like this.  We don't have anything
12  of the kind.
13      Q.   Dr. Selikoff published his studies
14  of insulators beginning in 1964, correct?
15      A.   Yes.
16      Q.   Do you know when Dr. Selikoff began
17  his work that led to the publication in 1964?
18      A.   No.
19      Q.   Do you know how that work was
20  funded?
21      A.   No.  All I know is that the
22  Insulation Workers Union cooperated, but I don't
23  know if they were involved in funding their
24  work, or not initially.
25      Q.   What kind of cooperation did they

Page 65

Castleman, ScD

1  give?
2      A.   Well, I understand that they gave
3  him access to their death cards.  And, of
4  course, they gave him access to their union
5  membership rules so that he was able to do the
6  mortality study he conducted by knowing who the
7  members of the union were as of the beginning of
8  1942, and then doing the follow-up on them to
9  track down the death certificates and do the
10  statistical analysis.
11      Q.   Dr. Selikoff's studies eventually
12  included physical examinations of the members of
13  the union, right, in New York and New Jersey?
14      A.   Right.  I mean, after the mortality
15  study, or sometime maybe even before it was
16  published, Selikoff had sufficiently open
17  relations with the union locals in New York and
18  New Jersey that he was able to start doing
19  examinations of the members of the union and
20  develop morbidity data on the prevalence of
21  asbestosis among the workers.
22      Q.   And one of Dr. Selikoff's many
23  contributions to medicine and science is that he
24  was successful publicizing much of the
25

Page 66

Castleman, ScD

1  experience with regard to insulation workers and
2  mesothelioma and lung cancer, right?
3      A.   Well, he was certainly much more
4  willing than most doctors to speak to the media.
5  He understood that as part of his professional
6  role as a public health professional.
7      Q.   And he spoke to --
8      A.   But to say that he was successful,
9  well, I think this needs to be explained before
10  it can be simply answered.
11      It's certainly true that he was
12  successful in doing a number of interviews with
13  the media and getting coverage on the various
14  types of media.  But whether he was successful
15  in reaching the ordinary working people in this
16  country is another question.
17      It's certainly great to get all
18  those articles he got in the New York Times and
19  stuff like that, but there are a lot of people
20  in this country that don't read the New York
21  Times or Wall Street Journal or the other
22  journals and newspapers and magazines that
23  Selikoff was quoted in.
24      So I just want to be careful about
25

Page 67

Castleman, ScD

1  the use of the word "successful" and make sure
2  that it's clear that, although Selikoff was an
3  extraordinary individual and made very important
4  contributions, there were real limits to
5  anyone's ability in getting the word out to the
6  working people in this country about the lethal
7  dangers of asbestos when he started doing this
8  in the 1960s and into the '70s.
9
10      Q.   Among the groups that Dr. Selikoff
11  spoke to were the insulators themselves, right?
12      A.   Yes.
13      Q.   He spoke at at least one of their
14  annual conventions about the health risks posed
15  by exposure to asbestos?
16      A.   Well, they had conventions of their
17  union officers it seems every five years, and he
18  spoke at several of these meetings about his
19  research.
20      Q.   Are you suggesting the meetings
21  were limited to union officers?
22          MR. WALKER:  Who did you --
23      say that again, Matt.
24          MR. FISCHER:  Limited to
25      union officers.

Page 68

Castleman, ScD

1
2          MR. WALKER:  The first part
3      about suggesting.
4  BY MR. FISCHER:
5      Q.   Are you suggesting that the
6  meetings -- let me ask it another way:  Are you
7  suggesting that the meetings at which
8  Dr. Selikoff addressed members of the insulators
9  union were limited to union officers?
10      A.   I don't know one way or the other,
11  but there were meetings that were held someplace
12  in the United States, and they were generally
13  attended by business agents and people like
14  that.
15      I suppose that people from the
16  union local in the city where the meeting was
17  held would have been free to come if they were
18  off work that day and they could make it.  I
19  don't really know.
20      Q.   And that's all I'm trying to find
21  out, you know, in terms of any limitation on who
22  could attend, you don't know one way or the
23  other?
24      A.   That's right.
25          MR. WALKER:  Just to see if

Page 69

Castleman, ScD

1  Mr. Modesitt is awake, a good
2  illustration of that point goes like
3  this:  Bobby Knight is in Chicago
4  playing and he needs a new suit.
5  So he goes into a tailor and
6  the tailor looks at him and says,
7  "Well, we can make you a suit."  He
8  says, "I believe you're about a 42
9  regular."
10  And Bobby says, "No, no."  He
11  says, "How can that be?"  He says,
12  "My tailor in Bloomington says I'm a
13  44 long."
14  At which time the tailor in
15  Chicago says, "You're not such a big
16  man in Chicago as you are in
17  Bloomington."
18  Just wanted to check on you,
19  Ray.
20  THE WITNESS:  Okay, why don't
21  we give the reporter a break.  I
22  think we've been going for an hour.
23  MR. FISCHER:  Sure.
24  (Whereupon at 1:25 p.m., a

Page 70

Castleman, ScD

1  recess was taken until 1:33 p.m.)
2  (The deposition resumed with
3  all parties present.)
4  B A R R Y  I.  C A S T L E M A N, ScD, resumed and
5  testified further as follows:
6  BY MR. FISCHER:
7  Q.  You mentioned that Dr. Selikoff had
8  the cooperation of the Insulators Union.
9  Did I understand you correctly that
10  you don't know whether or not the union
11  participated in the funding one way or the
12  other?
13  A.  That's right, I don't know.
14  Q.  And I take it you don't know
15  whether or not the individual union members had
16  any part of their dues go towards Dr. Selikoff's
17  study?
18  A.  I don't know if there was any
19  arrangement of that kind back in the beginning.
20  I think that that was something that developed
21  later, but I don't know when.
22  Q.  Do you have any knowledge one way
23  or the other about whether or not Dr. Selikoff
24  and his team advised the insulators of the

Page 71

Castleman, ScD

1  health hazards of asbestos exposure during the
2  course of the physical examinations that they
3  provided to those workers?
4  A.  I don't know what they told the
5  workers during the physical examinations.
6  Q.  Have you ever tried to investigate
7  what the workers were told during those physical
8  examinations?
9  A.  No.
10  Q.  You spoke to Dr. Selikoff before he
11  had died; is that correct?
12  A.  I spoke to Dr. Selikoff on a number
13  of occasions between 1971 and 1992 when he died.
14  Q.  Did you ever talk to him about
15  whether or not the Insulators Union participated
16  in any way of the funding of this study?
17  A.  No.
18  Q.  Did you ever talk to him about what
19  the insulators were told about the health
20  effects of asbestos by Dr. Selikoff?
21  A.  I don't know what he told me about
22  that.
23  Q.  I'm asking you whether you spoke
24  about that with Dr. Selikoff.

Page 72

Castleman, ScD

1  A.  Oh, I'm pretty sure I didn't.  I
2  don't recall ever talking to him about that.
3  Q.  Did you ever ask Dr. Selikoff or
4  anyone who worked at Mount Sinai about what the
5  workers were told about the health effects of
6  asbestos during the course of physical
7  examinations provided to them?
8  A.  No.
9  Q.  When I asked you about the Newhouse
10  & Thompson study in '65, you had mentioned that
11  it was your understanding that one of the cases
12  in Dr. Wagner's case series in 1960 may have
13  involved a household exposure; is that correct?
14  A.  Right.
15  Q.  Anything else prior to '65 that
16  you're aware of where there was a publication of
17  an instance where a person contracted
18  mesothelioma that was attributed to asbestos
19  exposure that had been experienced by a
20  household member in the household member's work?
21  A.  Nothing comes to mind.
22  MR. FISCHER:  Those are all
23  the questions I have for you,
24  Doctor.  Thank you.

Page 73

Castleman, ScD

1  EXAMINATION
2  BY MR. MODESITT:
3      Q.   Doctor, I would like to go back, if
4  I may, and ask a few additional questions on the
5  Illinois Manufacturers' Association.
6          Was the trial that you referred --
7  you referred to a trial, I believe, in 2007.
8          Do you remember what state that was
9  in?
10      A.   Virginia.
11      Q.   And I know Bobby Hatten is in
12  Virginia.  Do you think he might have been the
13  counsel that you worked with on that case?
14      A.   Yes.
15      Q.   You used two words -- strike that.
16          You referred to two different
17  companies.  One you referred to is Crane Co.,
18  and then you referred to a company called
19  John Crane.  Do you understand those to be two
20  different and distinct companies?
21      A.   I do.
22      Q.   Crane Co. made valves and
23  John Crane made gaskets.  Is that your
24  recollection?

Page 74

Castleman, ScD

1      A.   I believe that those two statements
2  are correct.
3      Q.   Did your information reveal that
4  one or that both of those companies were
5  involved with the Illinois Manufacturers'
6  Association back in the early- to mid-1930s?
7      A.   The documentation I've seen shows
8  that there was some involvement by Crane Co.
9  The involvement by Crane or John Crane Company,
10  that that company's involvement was inferred.
11          But I have not seen any
12  documentation showing that they were actually
13  involved.
14          (Telephone interruption.)
15          (Discussion off the record.)
16  BY MR. MODESITT:
17      Q.   When you say "inferred," what do
18  you mean by that?
19      A.   Well, the documentation I've seen
20  indicates that in order for companies to be free
21  from civil suits or exposure to civil suits,
22  they had to accept the jurisdiction of the State
23  Workers' Compensation Law in 1936 when it was
24  enacted.

Page 75

Castleman, ScD

1      Q.   And does the inference come from
2  the fact that John Crane's Manufacturing Company
3  was in Chicago?
4      A.   Yes.
5      Q.   And I'm just thinking to find out
6  where you get the inference from.  That's the
7  inference --
8      A.   He was in the Chicago area, I
9  think, yes.
10      Q.   So that was the inference in your
11  mind?
12      A.   Right.
13      Q.   Is there anything that you saw, any
14  documents that you saw that would suggest that
15  American Brake Shoe or American Brake Shoe and
16  Foundry, American Brake Company, Abex, any of
17  those entities in the predecessor history line
18  of Pneumo Abex were involved in the Illinois
19  Manufacturers' Association?
20      A.   No, I haven't seen anything.  Like
21  I said, I've seen very little documentation, but
22  what I've seen doesn't include any explicit
23  reference to Abex or its predecessors.
24      Q.   Okay.  But you do believe it

Page 76

Castleman, ScD

1  included reference to Johns Manville?
2      A.   No.  I have been told by Mr. Walker
3  that some of the newer documents -- I shouldn't
4  say newer.  The documents that he has unearthed
5  refer to Mr. Vandiver Brown being involved.  And
6  that's something I don't recall.  I just don't
7  recall having seen Johns Manville named in the
8  other documents I've seen, which are few.
9      Q.   And you're not saying that he was
10  because you haven't seen any documents yet from
11  Mr. Walker?
12      A.   Yes.  I think I've been
13  appropriately cautious about what I've said in
14  this deposition about the documents I haven't
15  seen.
16      Q.   And so you're not prepared today to
17  impart any information regarding Vandiver
18  Brown's role, if any, with the Illinois
19  Manufacturers' Association at any time,
20  including the mid-1930s?
21      A.   Right.
22      Q.   I know Mr. Al -- is it Donnay?
23      A.   D-O-N-N-A-Y, Donnay.
24      Q.   "Donnay."

Page 77

Castleman, ScD

1
2         He has collected for you, and I
3 have even purchased from him, various documents
4 that you have secured.
5         Is there anything in the
6 information that he has collected for you that
7 would include the Illinois Manufacturers'
8 Association?
9     **A.   I don't think there are any**
10 **Illinois Manufacturers' Association documents in**
11 **the -- it's certainly not in the Abex file.**
12 **They would probably be in the John Crane file,**
13 **whatever I have.**
14     Q.   Or the Crane -- is there a file for
15 Crane Co.?
16     **A.   Yes, it might be in the Crane Co.**
17 **file, too.**
18     Q.   So if there is anything on that, is
19 it your best -- I hate to use the word guess,
20 but best surmise that it would be in one of
21 those other files?
22     **A.   Right.**
23     Q.   Because in the list that I just
24 recently got by e-mail from Mr. Donnay, I looked
25 and there was no Illinois Manufacturers'

Page 78

Castleman, ScD

1
2 Association.
3     **A.   Right.**
4     Q.   One of the files that I recently
5 obtained from Mr. Donnay following our last
6 deposition, which I believe was in January --
7 no, whenever it was, this year, 2010, I got a
8 copy of news articles.
9         Can you tell me what benefit news
10 articles are with regard to your view of
11 historical knowledge concerning asbestos, what
12 part to do they play, what role do they play?
13     **A.   Well, the news articles reflect a**
14 **dissemination to a broader circle of society**
15 **than medical articles.   And so the news articles**
16 **in many ways form a kind of notice to whoever**
17 **reads them.**
18         **And some of the parties I've been**
19 **most interested in have been people like the**
20 **Abex executive, who was regularly reading the**
21 **New York Times and sending copies of the**
22 **articles around to his colleagues in the**
23 **company.**
24         **It's -- perhaps -- I see it in a**
25 **fairly limited way.   I don't -- I don't see**

Page 79

Castleman, ScD

1
2 **that, you know, scattered news articles that**
3 **might appear once in a decade in the Los Angeles**
4 **Times or something constitute much in the way of**
5 **notice to the ordinary newspaper reader who --**
6 **or the ordinary citizen who might not even be a**
7 **regular reader of a newspaper.**
8         **But to companies that were in the**
9 **business of using asbestos, such articles might**
10 **constitute a more significant or a more**
11 **noticeable type of alert to see these kinds of**
12 **things in the public domain if they're**
13 **published, like the Detroit -- one of the**
14 **Detroit papers publishing an article about brake**
15 **linings being hazardous around 1972 or so.**
16         **So I don't think that would have**
17 **come -- that would have maybe gotten more**
18 **attention from people who worked for the big**
19 **automobile companies than --**
20     Q.   Would you agree --
21     **A.   -- than others.**
22     Q.   Excuse me, I didn't want to cut you
23 off.
24         Would you agree that with the
25 New York Academy of Science meeting in 1964,

Page 80

Castleman, ScD

1
2 that following that time frame, there was a very
3 large news media dissemination of various
4 comments and portions of the studies that were
5 reprinted in newspapers around the country?
6     **A.   I wouldn't call it very large.**
7 **There were starting to be articles that came out**
8 **in newspapers, and I have tried to collect these**
9 **articles.   And there aren't that many of them,**
10 **especially in the 1960s, talking about Selikoff**
11 **and his work.   I mean, one does see reports in**
12 **the Washington Post and in some other major**
13 **papers, and then some other not so major papers,**
14 **as well.   But...**
15     Q.   Is this an effort by the news
16 media, in your view, to disseminate knowledge
17 about asbestos disease?
18     **A.   Well, they just see themselves as**
19 **being in the business of reporting the news.**
20 **And so if something comes to their attention and**
21 **they consider it newsworthy, and they are**
22 **professional journalists in the way that we**
23 **expect most newspapers were, then they might**
24 **choose to write an article about it.**
25     Q.   In addition to newspaper articles

Page 81

Castleman, ScD

1  or news articles, articles also appeared in
2  other forms of journals as opposed to just in
3  medical journals.
4  Do you agree with that?
5     A.   Yes.
6     Q.   For example, I believe in -- was it
7  1950, May of 1950, when Dr. Hueper was noted
8  in -- was it Time Magazine or Newsweek?
9     A.   Newsweek.
10    Q.   Newsweek Magazine?
11    A.   Right.
12    Q.   And that certainly was not a
13 medical journal, but it was in the section of
14 Newsweek about medicine?
15    A.   Right.
16    Q.   Is that the kind of information
17 that was intended, in your view, to reach the
18 general population?
19    A.   Yes.
20    Q.   Or at least those who were reading
21 Newsweek?
22    A.   That particular page of Newsweek
23 where in one paragraph asbestos was named, yes.
24    Q.   Likewise, you also have files that

*(line numbers 1–25)*

Page 82

Castleman, ScD

1  you referred to as early litigation files, do
2  you recall that?
3     A.   No.  Maybe you can tell me a little
4  bit more about what it is you're asking about.
5     Q.   The files that Mr. Donnay will
6  provide at a cost about early asbestos-related
7  litigation files?
8     A.   Right.  There is a file of -- I
9  mean, these files are all my files you're
10 talking about.  What Mr. Donnay is providing are
11 my files.  He scans the documents, he updates
12 the files as new documents come to my attention.
13 So there is, I think, a collection
14 of early -- well, early -- I write about these
15 things and I have sort of gathered some of the
16 records I write about in terms of early product
17 liability cases and early workers' compensation
18 claims.
19    Q.   For example, you have collected a
20 group of approximately -- I think there's
21 approximately 30 cases that were filed out of
22 the Waukegan, Illinois plant in the 1930s
23 against Johns Manville?
24    A.   Well, again, I don't have these

*(line numbers 1–25)*

Page 83

Castleman, ScD

1  files clearly in mind, but I do recall seeing
2  some documentation connected with the filing of
3  some of these cases in Illinois in the early
4  '30s.
5     Q.   Some number of cases were direct
6  action cases by employees at Waukegan against
7  Johns Manville?
8     A.   I think they were employer suits,
9  if that's what you mean by "direct action."
10    Q.   Yes.
11 And as a result of the disposition
12 of those cases, that was one of the things that
13 sparked or provided to be the impetus to the
14 1936 act, Occupational Disease Act?
15    MR. WALKER:  Are you asking
16 him, was the result of the cases the
17 spark or the fact that those cases
18 were filed?  I mean, there's a real
19 difference.
20    MR. MODESITT:  My question
21 was what it was, Jim, the result of
22 the case.
23    A.   That's the way I heard it.
24 I think that those cases and

*(line numbers 1–25)*

Page 84

Castleman, ScD

1  probably other cases where suits had been
2  brought against employers and which suits were
3  thrown out contributed to the condition leading
4  to the changes in Illinois law.
5  But, again, it's just -- this isn't
6  something that I have done a meticulous study
7  of; I mean, reading all the newspaper stories
8  that were published in the 1930s or doing the
9  other kinds of things one might do in order to
10 investigate that.
11    Q.   Do you recall what specific
12 asbestos product was made at Waukegan's plant of
13 Johns Manville?
14    A.   Back in the 1930s, probably they
15 made textiles, and they may have made asbestos
16 cement products, but I don't know for sure.
17    Q.   Do you know what kind of asbestos
18 fiber was used at the Waukegan plant?
19    A.   No.
20    Q.   Do you agree, though, that there
21 were people at the Waukegan plant who sought
22 relief by filing suit against Johns Manville,
23 and they sought compensation because they had
24 developed asbestos disease?

Page 85

Castleman, ScD
1
2    A.   I understand that that's the basic
3 allegations that were involved in these lawsuits
4 we've been talking about.
5    Q.   If you have a lawsuit -- if you
6 work at Waukegan and you have a lawsuit claiming
7 that you have an asbestos disease, would you
8 presume that the individual who filed the
9 lawsuit would therefore know that asbestos could
10 cause a disease?
11    A.   Yes.  I mean, the person is clearly
12 saying that their lung problem, however it was
13 characterized, was at least partly
14 occupationally caused.
15    Q.   By the asbestos?
16    A.   Well, by the dust that they were
17 exposed to.  Again, some of these legal papers
18 are kind of vague about describing the lung
19 condition.
20    Q.   What about the -- were there also
21 cases filed out of the New Jersey plant at
22 Manville at Johns Manville?
23    A.   Yes.
24    Q.   Again, by employees who worked at
25 the Johns Manville plant in Manville,

Page 86

Castleman, ScD
1
2 New Jersey?
3    A.   Right.
4    Q.   And those cases, likewise, were
5 from employees who claimed to have
6 asbestos-induced disease.
7    Do you agree with that?
8    A.   They claimed to have diseases
9 induced by the dust that they breathed at the
10 factory.  Just how the dust was described, I
11 don't recall exactly or how the disease was
12 described, either.
13    Q.   You have on other occasions
14 discussed the New Jersey -- strike that.  Let me
15 rephrase that.
16    You have on other occasions taken
17 issue with various letters in December of 1934
18 between Mr. Hobart and Mr. Brown as it relates
19 to the Lanza study; do you recall that?
20    A.   Yes.
21    Q.   And one of the issues, as I
22 understand it from your vantage point, is how it
23 may or may not affect the Workers' Compensation
24 law which had not yet been passed in New Jersey.
25 Is that a fair characterization?

Page 87

Castleman, ScD
1
2    A.   Yes.  I mean, it's not terribly
3 clear, but it's a characterization that's
4 basically fair, that they were trying to --
5 they had -- their editing comments to the
6 authors of the medical report were clearly
7 conditioned by the eminent consideration of
8 workers' compensation law changes by the
9 New Jersey legislature, at least that's the way
10 it was described in the letters.
11    Q.   Can we assume that when the letters
12 were written in 1934, New Jersey did not have,
13 at that time, an occupational disease or a
14 workers' compensation law that would cover
15 asbestosis?  Is that your understanding?
16    A.   Well, it appears that civil suits
17 were still a possibility.  They didn't have a
18 workers' compensation law that covered
19 asbestosis apparently, but they had -- that the
20 companies were open to civil suits and had, in
21 fact, paid some money to settle such suits in
22 1933 in New Jersey.
23    Q.   So in New Jersey, direct actions by
24 employees were permitted against the employer
25 for work-related dust disease; do you agree with

Page 88

Castleman, ScD
1
2 that?
3    A.   Well, I don't know how clear the
4 law was on all this.  I think that the cases I
5 know about were resolved by settlement, and that
6 the company was sufficiently concerned about its
7 exposure to pay off the lawyer who brought the
8 cases so that he wouldn't bother them with any
9 more such cases.  That was one of the conditions
10 of the settlement of 11 cases in 1933, according
11 to the board of directors' minutes at Johns
12 Manville.
13    But just what the law was, I don't
14 know if that was ever resolved formally by the
15 courts.  It may have just been nipped in the bud
16 by a settlement by JM.
17    Q.   Do you know whether or not a
18 workers' compensation law or an occupational
19 disease law that was designed to cover asbestos
20 dust was even proposed in the legislature in
21 New Jersey in either 1934, 1935, 1936, 1937 or
22 1938?
23    A.   No, I don't know what the fate of
24 the legislation described in the Johns Manville
25 letters was.  I haven't actually looked into

Castleman, ScD

1
2  what actually took place in the legislature or
3  who did what when.
4      Q.  Is it fair for me to assume that
5  you have made no inquiry to the legislative
6  committees in New Jersey to determine whether
7  any proposal was even submitted in those years?
8      A.  That's right.
9      Q.  Do you know what year New Jersey
10  did, in fact, adopt an occupational disease law,
11  workers' compensation law, that would cover the
12  disease asbestosis?
13      A.  I believe that was 1945.
14      Q.  And do you have any information to
15  suggest that prior to that time any proposal had
16  even been offered to the legislature?
17      A.  I don't know anything about the
18  legislative history of the law between 1935 and
19  1945.
20      Q.  I believe you are also familiar
21  with what I will refer to as third-party
22  actions, individuals who were applying
23  insulation products that brought third-party
24  actions against various manufacturers, many of
25  them in California in the mid-1950s; are you

Castleman, ScD

1
2  familiar with -- you're familiar with those?
3  For example, the James Whitcomb Riley claim is
4  one that comes to mind.
5      A.  Those were workers' comp claims.
6      Q.  Was Riley a comp claim?
7      A.  Yes.
8      Q.  And that was in California?
9      A.  Right.  All of those claims in the
10  --
11      Q.  Okay.  I'm sorry.
12      A.  -- 1950s in that category were the
13  same kind of claim.
14      Q.  Yes.  My apologies, Doctor.  My
15  recollection was faulty for a moment.
16          There was a group of -- I don't
17  know, a reasonable group of workers' comp claims
18  filed by employees of contractor units; is that
19  correct?
20      A.  They were employees of contracting
21  companies --
22      Q.  Right.
23      A.  -- or hired by contracting
24  companies and had some kind of employee
25  relationship with these companies.  And many of

Castleman, ScD

1
2  these guys worked for 20 or 30 different
3  companies because the contract periods
4  apparently were for specific jobs, not kind of a
5  lifetime job.
6      Q.  So did many of these cases take
7  place in the 1954, '55, '56 time frame?
8      A.  One starts to see, or I started to
9  see such cases being filed -- I think the
10  earliest was 1952, and they started out at --
11  well, it became more numerous after 1960.
12      Q.  Is it true that in the mid-1950s
13  many of the actual claims, as they were
14  submitted, claimed asbestos dust disease to the
15  lungs?
16      A.  Yes.
17      Q.  And would it, therefore, be fair to
18  say that those individuals who were applying
19  those products were, in fact, aware that under
20  some circumstances, asbestos could be hazardous
21  to them and cause lung disease?
22      A.  Well, I think that's a fair
23  conclusion about the individuals who actually
24  filed the claims, and there are a limited number
25  of them.  And I have them in Table 3 of

Castleman, ScD

1
2  Chapter 3 of my book.
3      Q.  Yes, there's a long table in there.
4  And those were the same cases that you, I
5  believe, refer to as early litigation files
6  under Mr. Donnay's list.
7          At any rate, over the years you've
8  testified about various manufacturing companies,
9  including Johns Manville and the knowledge that
10  they had about asbestos; is that correct?
11      A.  Yes.
12      Q.  And you essentially indicated in
13  your testimony that you believe they've known
14  about disease to asbestos going back decades, as
15  far back as the 1930s or '40s; is that fair?
16      A.  Johns Manville?
17      Q.  Yes.
18      A.  Yes.
19      Q.  You have also done work -- strike
20  that.
21          At some point in time, the year of
22  which I'm not sure I know, either Johns Manville
23  or the trustees in its reorganization sued the
24  United States Government and/or the US Navy?
25      A.  Right.

Page 93

Castleman, ScD

1
2      Q.   And you were hired to -- strike
3    that.
4           You were hired to provide testimony
5    and review documents of the US Navy; is that
6    fair?
7      A.   I was hired to review documents
8    relating to a lot more than the US Navy, but
9    there was some Navy documents included and this
10   was -- I was hired by the Justice Department.
11     Q.   As a result of that review, you
12   provided testimony concerning your findings in
13   that litigation?
14     A.   I did.
15          (Whereupon at 2:04 p.m.,
16      Mr. Walker leaves the deposition
17      room.)
18          MR. MODESITT:  We'll wait
19   until Jim gets back.
20          THE WITNESS:  Well, if he's
21   not worried, you can go on.  If I
22   think you asked something
23   sufficiently outrageous, I will
24   bring him back.
25          MR. MODESITT:  Okay.

Page 94

Castleman, ScD

1
2    BY MR. MODESITT:
3      Q.   You have previously testified in
4    response to other counsel in the last -- at
5    least in the last year about comparing knowledge
6    of the US Navy to Johns Manville.
7           Do you recall some of those
8    instances?
9      A.   Well, that was sort of my role in
10   this Court of Claims case.  There was the
11   question of some kind of a comparison between
12   the knowledge of the US Government and not just
13   the Navy, but the United States Government
14   generally, which was mainly the Navy and Johns
15   Manville.  And that was part of the way the case
16   was framed.
17          (Whereupon at 2:05 p.m.,
18      Mr. Walker re-enters the deposition
19      room.)
20     Q.   In other words, is my understanding
21   correct that Johns Manville was arguing in the
22   case that the US Navy had paramount knowledge to
23   Johns Manville on disease or had more knowledge,
24   maybe that's a better word?
25     A.   Well, they were making all kinds of

Page 95

Castleman, ScD

1
2    interesting arguments.  They were arguing things
3    like they didn't know because there was an
4    espionage act; they didn't know how the Navy was
5    using all the asbestos insulation they sold in
6    those shipyards all those years because they
7    couldn't get in, until the Government came up
8    with some guy who worked as a watchman and
9    recalled a Johns Manville guy coming around all
10   the time and got waved in and flashed his
11   business card.
12          So there are all kinds of things
13   that may be lost to memory or may be
14   misremembered in litigation.  There were lots of
15   things Johns Manville said in that case.
16     Q.   And I'm sure there's lots of things
17   that the US Navy said, also.  There's at least a
18   lot of documents from the US Navy about
19   knowledge of asbestos; do you agree with that?
20     A.   Yes.  In the course of preparing
21   its case, Johns Manville came up with whatever
22   documents it could find to show that the US Navy
23   had some awareness about hazards of asbestos
24   during the period of World War II.
25     Q.   Would it be a fair statement,

Page 96

Castleman, ScD

1
2    Dr. Castleman, that after your review of the
3    information that the US Navy did in fact have --
4    that the Navy's information about the hazards of
5    asbestos, while it may not have been more than
6    Johns Manville, was at least equal to Johns
7    Manville?
8      A.   No.
9      Q.   Have you recently testified to the
10   contrary to that statement?
11     A.   I don't know exactly what my
12   testimony has been on that particular point, but
13   Johns Manville had knowledge about cancer
14   studies, which were being withheld from
15   publication during World War II, which the
16   US Navy didn't have knowledge of.
17     Q.   How about with regard to the
18   disease asbestosis from asbestos exposure?
19     A.   No.  This is particularly -- I'm
20   talking about cancer from asbestos exposure.
21          But the Navy was certainly aware of
22   the fact that there was a hazard of asbestos
23   that existed in shipyard work; that they were
24   aware of that during World War II, they
25   published on it.  For the most part, the Navy

Page 97

Castleman, ScD

1 appears to have published basically what it knew
2 about the potential hazard of asbestos.  Even
3 before they had identified cases of asbestos
4 disease in shipyards, the Navy was warning about
5 the danger.
6     Q.   Did you find -- I think you've seen
7 the Fleischer-Drinker report?
8     A.   I've spent months of my life
9 looking at the Fleischer-Drinker report.
10     Q.   You've also seen the preliminary
11 draft of that, have you not?
12     A.   I've seen various versions of it,
13 which might be characterized certainly as
14 prepublication drafts.
15     Q.   And did it seem odd to you in any
16 way that they deleted one whole shipyard out of
17 the published version from the prepublication
18 drafts?
19     A.   If you're talking about the Bath
20 Iron Works and the cases of asbestosis seen at
21 the Bath Iron Works, I thought that was
22 something that I would find as a critical
23 omission.
24     Q.   And if industry had done that, you

Page 98

Castleman, ScD

1 would have found it certainly critical of the
2 industry, wouldn't you?
3     A.   Yes.  Sometimes it's hard to
4 distinguish between incompetence and mendacity,
5 looking at these documents years later.
6     Q.   So do you think the US Navy was
7 incompetent or just full of mendacity?
8     A.   It's hard to say.  I mean, they had
9 seen six cases of asbestosis in one shipyard; in
10 the Bath Iron Works, four or six cases.  They
11 could have published, at least noted that in the
12 Fleischer article, but they chose to only make a
13 very oblique reference to the fact that they had
14 seen something at the Bath Iron Works.  I don't
15 recall how they characterized it, exactly.
16     Q.   Do you think that was an effort to
17 conceal that there was, in fact, some asbestos
18 disease at one of the Navy shipyards?
19        MR. WALKER:  To what are you
20 referring by the pronoun "that"?
21        MR. MODESITT:  I'll rephrase
22 it.
23     Q.   Do you think that by leaving a
24 portion of the preliminary draft on the disease

Page 99

Castleman, ScD

1 cases from Bath Iron Works out of the final
2 Fleischer-Drinker report, that that instant was
3 an effort to conceal that asbestos disease was
4 going on in the Government contract and/or on
5 shipyards?
6     A.   I don't know.  I mean, the
7 Fleischer report did report cases of asbestosis
8 described in the report as moderate and
9 advanced.  So they weren't totally trying to
10 conceal the fact that there were cases of
11 asbestosis occurring in shipyards.
12        I don't recall if it were Navy
13 yards or private yards, there were two of each
14 in the Fleischer study, but they -- it's not
15 very clear to me.  You know, that's why I'm not
16 sure.
17        I mean, it might have been -- I
18 mean, Fleischer was -- I'm sorry, Drinker was
19 very close to American industry.  He had become
20 a consultant for the American Petroleum
21 Institute in the 15 or so years following World
22 War II.  He had been an industry man before he
23 went to Harvard.  There may have been some
24 sensitivity on his part about writing a report,

Page 100

Castleman, ScD

1 which could cause problems for companies in the
2 United States.
3        But I don't really know.  I mean,
4 I'm just -- I look at the -- and I haven't
5 looked at the draft, I don't have it in front of
6 me right now, so I'm not really perfectly clear
7 about what it was that was in the draft that
8 didn't make it into the final report.  And I
9 certainly haven't seen any correspondence,
10 internal correspondence ever dug up -- and I
11 think Johns Manville looked real hard for
12 this -- showing anything improper about the way
13 this whole thing was brought to publication.
14     Q.   If, as the draft had indicated,
15 there were cases of asbestosis in another
16 shipyard that was omitted from the final draft,
17 that's something that you don't think probably
18 should have been done?
19     A.   No.  I mean, if there were six
20 cases of asbestosis in one shipyard and that was
21 the reason that they did this survey, and then
22 they do the survey and they find only three
23 cases in four shipyards, you would think that
24 the six cases in one shipyard that preceded that

Page 101

Castleman, ScD

1  would be significant enough to be included in
2  the preface to the study that they're reporting
3  on about the four shipyards.
4      But, again, I can't really say with
5  any feeling of certainty that there was anything
6  improper done here.  It might have just been
7  shoddy, it might have just been kind of a let's
8  not make too much trouble for anybody kind of
9  mentality that people like Drinker, I suspect,
10  may have had.  Not out of any evil inclination,
11  just because of the -- you know, the -- he was a
12  man of his time.  I mean, there was no
13  government regulation.  We were decades away
14  from having anything like OSHA or the
15  Environmental Protection Agency in this country,
16  and industry was pretty much in the driver's
17  seat when it came to the conditions of work as
18  far as health and safety in this country.
19      Q.   So you would give more deference to
20  Fleischer and Drinker than you would with
21  someone with a company at that point in time?
22      A.   I don't think you can make that
23  comparison.  I mean, the specifics of the
24  Fleischer article are -- you know, it's not

Page 102

Castleman, ScD

1  clear.  I mean, if I thought there was something
2  clearly rotten about what they did, I wouldn't
3  have any qualms about saying so.  But it's not
4  that clear to me whether there was anything, you
5  know, that I would describe as clearly unethical
6  or improper that went on.
7      It might have just been the way
8  people like Drinker wrote things like that up,
9  that doesn't reflect any kind of pressure that
10  was brought by any vested interest or even by
11  Navy or other government bureaucrats.  It might
12  have just been the way some people write some
13  things up.
14      Q.   Do you agree that the draft had to
15  be submitted to the Bureau of -- one of the
16  US Navy departments before it could be
17  published?
18      A.   I don't know what the ritual was
19  for that.  I know the Navy published it with --
20  or it was published by Drinker with a disclaimer
21  from the Navy.  So I don't really know what, if
22  any, obligation Fleischer and his coworkers had
23  to even show their work to the Navy as an
24  institution before publishing it.

Page 103

Castleman, ScD

1      Q.   Did you see the correspondence
2  regarding the initial draft that showed they
3  were in compliance with the Navy requirement of
4  prepublication review?
5      A.   No.  But I mean, I may have seen
6  these documents, I just don't have a perfect
7  recollection of them.  I haven't seen a lot of
8  this stuff for years.  I mean, this may be all
9  covered.  If it's covered in the documents,
10  there's very little point in testing my memory
11  over what they say.
12      Q.   Would you agree, Doctor, that over
13  the many decades, concepts of what is generally
14  accepted in the publication business has
15  changed?
16      A.   Yes.
17      Q.   In other words, what we think about
18  today -- and I always liken it post-Watergate
19  and pre-Watergate, American public today expects
20  more information than it used to, and it's used
21  to getting more information than it used to; do
22  you agree with that?
23      A.   I suppose that's true.  I think
24  American public has become a lot less naive

Page 104

Castleman, ScD

1  about some things, and that's one reason why
2  they want more information.
3      Q.   And as civilization has advanced
4  with technological advancements, it's made
5  information more retrievable by American public?
6      A.   Sure.
7      Q.   Do you recall Dr. Borow going to
8  the plant at Manville, New Jersey to do a study?
9      A.   I recall Borow publishing about --
10  I don't know if he ever went to the plant, but I
11  recall him publishing about people dying from
12  mesothelioma that worked at the Manville plant.
13      Q.   And do you recall what year he
14  published?
15      A.   1973 was at least one.  There might
16  have been one in 1967.
17      Q.   And the '73 was a follow-up of the
18  earlier one, was it not?
19      A.   I suppose.
20      Q.   And in 1967, do you recall that
21  Dr. Borow had received the funds for doing the
22  study from the union who represented the workers
23  at Manville?
24      A.   I don't recall that.

Page 105

Castleman, ScD

1
2    Q.    Would you agree with me, Doctor,
3    that -- strike that.
4         Do you recall seeing various news
5    publications or other publications where there
6    actually were a goodly number of mesotheliomas
7    as a result of employment at the Manville,
8    New Jersey plant?
9    A.    Well, I remember one publication of
10   Borow's, I don't recall which one it was.  I
11   think there was 17 cases reported, including two
12   environmental cases.  If you call that a goodly
13   number, then that's what it was.  I don't
14   recall, there may have been larger numbers in
15   the subsequent, for the 1973 report, I just
16   don't remember what they were.
17   Q.    When I used the word "goodly," it's
18   certainly above what one would expect in a
19   background level.
20   A.    Sure.
21   Q.    And was the conclusion that those
22   were occupationally induced?
23   A.    Except for the two neighborhood
24   cases, I believe that's right.
25   Q.    Would it be a fair assumption,

Page 106

Castleman, ScD

1
2    Dr. Castleman, that the employees at the
3    Manville plant, when they were being studied,
4    would have known that asbestos would cause
5    mesothelioma?
6    A.    No.
7    Q.    And why is that?
8    A.    Because Johns Manville wasn't
9    telling the workers about this.  In 1972, one of
10   their plant managers in California characterized
11   it as a hush-hush policy, to not tell workers
12   about the findings of their medical exams.
13        There are other documents on site
14   in my book about Johns Manville withholding that
15   information from its employees.
16   Q.    Do you think Dr. Borow withheld it
17   from the employees who were paying him to do the
18   study?
19   A.    I don't know if Dr. Borow ever had
20   any contact with any employees.  I don't recall
21   him being supported by the union.  The people
22   he's reporting on are people that either were
23   dying or had died from mesothelioma.  Whether
24   any of these people were alive when they came to
25   the attention -- when they first came to the

Page 107

Castleman, ScD

1
2    attention of Dr. Borow, I don't know.
3    Q.    If it turns out that Dr. Borow was
4    actually being supported financially to do this
5    study by the very union of the employees of
6    Manville, would that suggest to you that at
7    least the union who represented the employees
8    there were aware of the difficulty with asbestos
9    and mesothelioma?
10   A.    Yes.
11   Q.    Have you reviewed any specific
12   information regarding Janet Shipley?
13   A.    No.  My testimony is not case
14   specific.
15   Q.    I know it generally isn't, I just
16   need to ask you this.
17        So other than you know that --
18        MR. WALKER:  She was not in
19   Dr. Borow's study, Mr. Modesitt.
20        MR. MODESITT:  I'm sure she
21   wasn't.
22   Q.    Do you know anything about the
23   Eureka plant in Bloomington, Illinois?
24   A.    I understand that there may have
25   been some exposure in the plant, but I don't

Page 108

Castleman, ScD

1
2    know anything about it.  I mean, I just heard
3    about this plant, I think, for the first time
4    this morning in a very brief discussion with
5    Mr. Walker.
6    Q.    Do you know anything about the use
7    of asbestos in the construction and manufacture
8    of thermal batteries?
9    A.    No.
10   Q.    Do you know anything about the use
11   of asbestos in the construction of fuse lines?
12   A.    No.
13   Q.    Or fuses for grenades or such
14   things?
15   A.    No, I sure don't.
16   Q.    In your historical research,
17   looking at the literature in the 1930s, in both
18   the United States and in Europe, for example,
19   would you agree, Doctor, that in the
20   United States in the 1930s there was a very vast
21   predominance of chrysotile fiber used in making
22   asbestos products?
23   A.    I suppose so.  I mean, the
24   importation of amphibole asbestos from South
25   Africa only began in the 1930s, or at least only

Page 109

Castleman, ScD

1   began to be anything more than trivial
2   quantities, I think, in the 1930s.
3        And chrysotile accounted for
4   95 percent of all the asbestos used in the
5   United States in the 20th century -- all the
6   asbestos used in the world in the 20th century,
7   and I think that was true in the United States,
8   as well.
9        Q.   And in the United States, have you
10  seen any of the importation data from either the
11  US Department of Commerce or from the Bureau of
12  Mines on the actual numbers of the imported
13  amphiboles in the US prior to 1935?
14       A.   I think the Bureau of Mines used to
15  publish data, but no, not that far back.  I
16  don't think I've seen any data going back before
17  1935.  I think Selikoff was even unable to find
18  that.
19       Q.   Actually, in Appendix III to the
20  1965 annals, there's a schedule in there for
21  1920 -- I think it's 1929 to 1935 on amphiboles
22  in the United States.
23       A.   Oh, there you go.  I didn't know
24  that.

Page 110

Castleman, ScD

1        Q.   Okay.  I didn't -- okay.
2             Likewise, are you familiar with the
3   fact that in Europe, where the United States
4   used mostly chrysotile, there was a very large
5   proportion of fiber in Europe on amphiboles in
6   the '30s?
7             MR. WALKER:  Either I missed
8             that or something could -- would you
9             mind asking that again, Ray?
10            MR. MODESITT:  No.  I'll be
11            happy to.  I'll be happy to.
12            MR. WALKER:  The part I -- it
13            started out in Europe, and then it
14            said United States.
15            MR. MODESITT:  I'm sorry.
16            MR. WALKER:  I believe you
17            were drawing a distinction, but if
18            you did, it missed me.
19            MR. MODESITT:  No problem.
20  BY MR. MODESITT:
21       Q.   In Europe in the 1930s, would you
22  agree, Doctor, that a very large portion of the
23  asbestos fiber in Europe was crocidolite and
24  amosite?

Page 111

Castleman, ScD

1        A.   I don't know if that's true or not.
2        Q.   Are you familiar with the ownership
3   of the crocidolite and amosite mines in South
4   Africa in the '30s?
5        A.   Yes.  Well, at least somewhat.
6        Q.   And are they predominantly owned by
7   British interest?  Were they?
8        A.   I think that the British companies
9   were prominent in the ownership of the asbestos
10  mines in South Africa in the 1920s and '30s in
11  the US, I think so.
12       Q.   And would you agree that even when
13  they discussed various asbestos fiber usage at
14  the 1964 conference, they referred to the use of
15  crocidolite on many products that in the
16  United States would have been made with
17  chrysotile?
18       A.   I don't remember that.
19       Q.   Okay.  Fair enough.
20            I know you have reviewed many of
21  the items of correspondence from
22  Raybestos-Manhattan and Johns Manville.
23            Would you agree that there was a
24  thought process among some of those executives,

Page 112

Castleman, ScD

1   in addition to among -- from Dr. Lanza, that
2   they believed or wrote that the asbestos problem
3   was more severe in England than it was in the
4   United States in the 1930s?
5        A.   I don't know.  I mean, they wrote
6   letters to that effect, but what they believed
7   may be another story.
8             I mean, Vandiver Brown, I think
9   with some pride of authorship, made reference to
10  Lanza's publication suggesting that the
11  asbestosis problem in the United States, at
12  least in his 1935 study, was not as serious
13  because it didn't happen to include any people
14  who were very disabled, didn't have third -- or
15  third-stage asbestosis, didn't have any of those
16  cases in the 126 workers that were -- according
17  to Lanza -- selected at random by Metropolitan
18  Life and Johns Manville and the other companies
19  for inclusion in that study.
20            Whether they really believed that
21  the asbestosis problem was any different in the
22  United States than England is another story.
23  But some of the correspondence they suggested
24  that -- at least that was the company line, that

Page 113

Castleman, ScD

1  it was a milder problem here.  I'm thinking of
2  the Asbestos magazine letters.
3     Q.   Okay.  Do you recall some of the
4  writings by Dr. Gloyne in the 1930s, I believe
5  1934 was one of them, where he described some of
6  the particularly dusty operations that were
7  conducted in England including mattress beating?
8  Do you recall any of that?
9     A.   I recall Gloyne publishing a report
10  of a hundred cases of asbestosis in 1934.  I
11  don't recall what he said about mattress making
12  in that report.
13     Q.   Do you recall any comments from
14  Dr. Merewether about the higher level of dust
15  produced by certain processes, such as mattress
16  beating, which was a unique process in England?
17     A.   I don't recall what Merewether said
18  about mattress beating or mattress making,
19  either.  I think he talked about it in at least
20  one of his writings, but I don't remember what
21  he said.
22     Q.   Okay.  Had you seen Plaintiff's
23  Exhibit No. 824, which is the minutes,
24  September 16, 1959 board minutes of Johns
25

Page 114

Castleman, ScD

1  Manville before Mr. Walker had provided them to
2  you?
3     A.   No.  I'm just seeing this for the
4  first time.
5     Q.   Have you ever seen any other Johns
6  Manville board minutes?
7     A.   Yes.
8     Q.   I'm sorry?
9     A.   I've seen other Johns Manville
10  board minutes.
11     Q.   And do you remember what years they
12  might have been?
13     A.   1933, where they paid off that
14  lawyer in New Jersey not to bring any more
15  cases.
16     Q.   And where did you see that?
17     A.   I don't know, it's been around for
18  30 years.
19     Q.   Was that in the Manville
20  depository, to your recollection, or not?
21     A.   I think I saw it before there was a
22  Manville depository.
23     Q.   Mr. Walker has also in this case
24  indicated an intention to use some limited
25

Page 115

Castleman, ScD

1  testimony of Dr. Philip Enterline.
2     Q.   Do you know Dr. Enterline?
3     A.   I know who he was, I don't know if
4  I met him.  Maybe he's still around.
5     Q.   I honestly don't know.  I know he
6  was at Pittsburgh.  I really don't know if he's
7  still around or not.  He was around in 1986,
8  because I was in a grand rounds with him.
9     But in any event, one of the
10  exhibits, which I have retrieved from a former
11  case involving Mr. Walker is a letter between
12  you and Dr. Enterline.
13     Do you have a recollection of that?
14     A.   No.
15     Q.   Did you work with or assist,
16  consult with in any way Dr. Enterline when he
17  was doing some review for the AIA in 1976 --
18  '76-'77 time frame?
19     A.   No.
20     Q.   Whatever he did or didn't do was
21  done without your participation; is that a fair
22  statement?
23     A.   Yes.
24     (Witness and counsel confer.)
25

Page 116

Castleman, ScD

1     Q.   Do you know what kind of plant the
2  products made at the facility?  I thought -- I
3  think it was in California?
4     A.   Yes, it looks like an asbestos
5  cement pipe plant.
6     Q.   Are you familiar with that plant at
7  all?
8     A.   (Perusing document.)  Watson, I
9  don't recall a plant in Watson in anything I've
10  read about Johns Manville, so I don't know
11  exactly what plant this is.
12     MR. WALKER:  I'm going to
13  give you something here in a minute,
14  Mr. Modesitt, but feel free to do
15  something else while I look.
16     MR. MODESITT:  I'm just about
17  done.
18     MR. WALKER:  Okay.
19  BY MR. MODESITT:
20     Q.   Just a couple of more questions,
21  Dr. Castleman.
22     I know that you -- well, on other
23  occasions you have actually kept track of the
24  number of cases in which you've testified during
25

Page 117

Castleman, ScD

1              Castleman, ScD
2 the year.
3       Have you done that in 2010?
4     **A.   Yes.  I think I've done 21 trials**
5 **this year.**
6     Q.   And how many depositions?
7     **A.   Not quite 50, I think, but the year**
8 **is young.**
9     Q.   And I understand you testified
10 yesterday in California?
11    **A.   Yes.**
12    Q.   And that was in the Brady
13 (phonetic) case?
14    **A.   Right.**
15    Q.   And you're testifying tomorrow up
16 here?
17    **A.   I believe so.**
18    Q.   And what is the name of that case,
19 please?
20    **A.   Hmm.  (Perusing document.)**
21 **Carroll, two "Rs," two "Ls."**
22    Q.   Was your testimony yesterday and is
23 your testimony tomorrow on the general area of
24 state of the art?
25    **A.   Yes.  It's about the stuff I**

Page 118

1              **Castleman, ScD**
2 **testified about in asbestos litigation.**
3    Q.   You recognize that the testimony
4 that you provide in Bloomington, Illinois in
5 cases where the allegations concern a civil
6 conspiracy is a different type of testimony
7 generally than the normal state of the art; is
8 that -- I'll rephrase.
9          MR. WALKER:  Hopefully it's
10     all truthful, I mean...
11          MR. MODESITT:  That wasn't
12     even part of my question.
13          MR. WALKER:  No doubt
14     diminished by skillful
15     cross-examination, but I'm not on
16     the committee to agree that it's a
17     different type.
18 BY MR. MODESITT:
19    Q.   Generally speaking, Dr. Castleman,
20 is the testimony you provide on the conspiracy
21 allegations in McLean County, Illinois different
22 from the testimony you generally provide to
23 juries where the issue is simply on state of the
24 art and duty to warn?
25    **A.   I would say that the conspiracy**

Page 119

1              **Castleman, ScD**
2 **cases in the state of Illinois are a different**
3 **type, a different subclass, I guess, of**
4 **testimony that I give about the public health**
5 **and corporate history of asbestos.**
6    Q.   Are the cases in -- are the
7 jurisdictions in and around central Illinois
8 where the claims have to do with conspiracy, is
9 that the only place that you had given that type
10 of testimony?
11    **A.   I think so.  I think I've been in**
12 **other cases over the years where conspiracy was**
13 **included as one of the issues, but my impression**
14 **is that -- because it wasn't really necessary to**
15 **prove conspiracy to recover whatever damages**
16 **would have been recoverable anyway, that**
17 **plaintiffs generally decided to not bother with**
18 **that.**
19    Q.   And in the last two or three years,
20 have you provided that type of testimony
21 anywhere else other than Illinois?
22    **A.   No.**
23          MR. MODESITT:  Thank you,
24     Doctor.  I think that's all the
25     questions I have at the moment.

Page 120

1              Castleman, ScD
2          MR. WALKER:  Before you
3     leave, I do want to call your
4     attention to the fact that, either
5     prior to in the course of direct, I
6     might bring to Dr. Castleman's
7     attention Plaintiff's Exhibit
8     No. 824-A, which is a copy of
9     Manville's 1959 annual report.
10          And at the beginning on
11     page 9 of that, there's sort of a
12     discussion of asbestos-containing
13     pipe.  And in particular, on
14     page 10, there's a reference that
15     Watson, California is one of the
16     places where pipe is made.
17          And then on page -- well,
18     somewhere later there's a picture of
19     the board of directors with
20     Mr. Biggers in the left order.
21          MR. MODESITT:  Thank you,
22     Mr. Walker.  I appreciate you doing
23     that.
24          May I ask, is that the same
25     number that you've always used on

Page 121

Castleman, ScD

1 that exhibit?  Or do they -- because
2 I know I have a whole group that
3 you've given me previously.
4       MR. WALKER:  Yes.  The
5 Manville annual reports were
6 normally in the three-hundreds, but
7 I just paired 824 and 824-A together
8 because back in my sheet showing
9 days, they just looked so good as a
10 pair, probably a perversion that I
11 wouldn't want to --
12       MR. MODESITT:  But it's part
13 of the file that you have tendered
14 on other occasions, right?
15       MR. WALKER:  Yes, I have
16 distributed that 1959 annual report
17 on other occasions.
18       MR. MODESITT:  Just for the
19 record, if you intend to use that
20 box again, you don't -- I have the
21 last one you gave me.  You don't
22 need to burn another tree, tear
23 another tree down.
24       That's all I have.

Page 122

Castleman, ScD

1 EXAMINATION
2 BY MR. KURZ:
3       Q.  Dr. Castleman, a few questions for
4 you about the railroad.
5       A.  Go ahead.
6       Q.  Your book devotes a portion to the
7 railroads.
8            Have you done any recent research
9 or reviewed any new documents in the past, let's
10 say, two years regarding the railroad's
11 historical knowledge, that type of thing?
12       A.  No.
13       Q.  Doctor, what is your opinion as to
14 when -- and this is United States, when the
15 railroads should have known that asbestos
16 exposure could cause the disease asbestosis,
17 what decade or time frame?
18       A.  1930s.
19       Q.  And that's based upon your review
20 of what document or documents?
21       A.  The documents cited in my book.
22       Q.  Johns Manville, when would Johns
23 Manville have known about the capacity of
24 asbestos to cause asbestosis?

Page 123

Castleman, ScD

1       A.  1929 was the first year that they
2 were sued.  Mr. Johns may have died from
3 asbestosis in 1898, but I've never been able to
4 establish that.  He had some kind of a lung
5 problem when he died.
6       Q.  When should railroads have known
7 the link between asbestos exposure and lung
8 cancer?
9       A.  Oh, I think that the railroad
10 doctors probably should have known about that by
11 the end of the 1940s.  They were -- railroads
12 had a very large presence in the field of
13 industrial medicine.  They were clearly aware of
14 the Industrial Hygiene Foundation's annual
15 meetings and apparently some of them attended.
16       Q.  You're aware of -- and you talked
17 in the past about references to the medical and
18 surgical meetings' minutes, and you specifically
19 refer in response to the question I just asked
20 you to Dr. Ochsner -- O-C-H-S-N-E-R -- in his
21 1958 speech, do you recall that speech?
22       A.  Right.  So by 1958, clearly the
23 railroads, at their annual meeting of company
24 doctors, are talking about lung cancer as an

Page 124

Castleman, ScD

1 asbestos disease.
2            I was just wondering if, you know,
3 the should-have-known goes back before that, but
4 in terms of actual knowledge you've got 1958 as
5 a nice clear date.
6       Q.  And then when should railroads have
7 known about asbestos and mesothelioma, the link
8 between those two?
9       A.  Well, I just think they should have
10 been paying attention to what was in the medical
11 and scientific literature about asbestos and
12 should have picked up something by the 1960s
13 about mesothelioma.
14       Q.  When was the first study in the
15 literature confirming mesothelioma in railroad
16 workers?
17       A.  I think one of the first cases was
18 in Wagner's report in 1960; a guy was
19 maintaining insulation on steam locomotives.
20            There was also a report called
21 "Asbestosis in Rhodesia" that was published in
22 the Rhodesian railroads.  It was -- I don't
23 recall, it was probably cited in the book in the
24 railroad section.  (Perusing book.)

Page 125

Castleman, ScD

1    Q.   Doctor, you're welcome to look, but
2  my question was inartful.
3             I really meant to ask you
4  United States literature, as opposed to the
5  South African stuff that you have.
6       A.   Well... Okay, well, then, I can't
7  add anything, I think, to what I've already
8  said.
9       Q.   Would you agree that the first
10  United States study would have been Mancuso in
11  the '80s?
12       A.   I think that was the first time
13  that there were medical reports of mesothelioma
14  in railroad workers in the United States
15  published. I don't think there were earlier --
16  there may have been earlier cases, but if there
17  were, I can't recall where they would have been
18  published or when.
19       Q.   All right. Doctor, you talk about
20  in your book you're involved in a 1975 study
21  regarding brake workers and how they respond to
22  warnings; is that right?
23       A.   Right.
24       Q.   DC, Baltimore area, you went out
25

Page 126

Castleman, ScD

1  and discussed with some of the workers the
2  hazards of asbestos, lung cancer risk, death,
3  that type of thing; is that right?
4       A.   Yes.
5       Q.   How many workers did you tell?
6       A.   Well, in Baltimore, we notified the
7  managements. And in Washington, the public
8  health officials handed leaflets directly to
9  mechanics.
10       Q.   And then you waited a few months
11  and went back to see how well the workers were,
12  I guess, heeding the warnings that were given;
13  is that right?
14       A.   At Selikoff's recommendation, we
15  sent college students around to do follow-up
16  surveys and just to get some basic information
17  that we could publish about the response to our
18  notification effort.
19       Q.   And is it fair to say that
20  unfortunately a substantial number of those
21  workers were not heeding the warnings that had
22  been given?
23       A.   Well, in both studies we found that
24  some people took our advice, but the majority in
25

Page 127

Castleman, ScD

1  the survey did not appear to have changed their
2  work practices. And as I say, I mean, in the
3  Baltimore study, the notices were sent to
4  management, the workers may never have been
5  told.
6       Q.   And in the DC study, was the
7  warnings given directly by the company to the
8  workers, or was it given by outside people such
9  as yourself?
10       A.   As I understand it, the public
11  health workers who were taking these brochures
12  around were approaching the mechanics themselves
13  at these workplaces.
14       Q.   Did you draw any conclusions that
15  it might be more effective in terms of the
16  effectiveness of a warning if it comes directly
17  from the employer itself, as opposed to an
18  outside party?
19       A.   It didn't occur to me that the
20  employers would do anything absent outside
21  pressure.
22       Q.   Doctor, you've been asked about the
23  Kaylo advertisement from -- I forget the year --
24  1955, wherein its referenced as being nontoxic?
25

Page 128

Castleman, ScD

1       A.   '56.
2       Q.   '56. Excuse me.
3             Would you agree that a customer or
4  a user of Kaylo could have read that ad and
5  concluded that the product was safe to use?
6       A.   Yes.
7       Q.   And would that apply to someone
8  such as a railroad that may have utilized that
9  product, at least based upon that advertisement
10  alone?
11       A.   Right. If they read that
12  advertisement, didn't know anything else about
13  asbestos being hazardous, that would have been a
14  reasonable conclusion.
15       Q.   In this matter, Mr. Walker has
16  indicated a desire to elicit the testimony of a
17  gentleman named Robert Winstead.
18             Have you ever read or reviewed
19  Mr. Winstead's testimony in the past?
20       A.   No, I don't think I have.
21       Q.   That name is not familiar to you?
22       A.   No.
23       Q.   And so as to what he may have said
24  or testified to, you're not aware?
25

Page 129

Castleman, ScD
1
2    A.   That's right.
3    Q.   One thing I would ask you about
4 him -- and Mr. Walker will correct me if I'm
5 wrong, but one of the pieces of testimony he
6 gave is that he was a railroad worker working
7 next to Unarco, at the yards there that you're
8 familiar with.  And he observed individuals come
9 out of Unarco in dust emanating out of the
10 Unarco plants, specifically by the dumpster.
11 And one of the things that the railroad workers
12 did, they complained about it, and one of their
13 supervisors went over to Unarco to complain.
14        My only question to you is:  Is
15 that a good practice on the part of the railroad
16 to go and complain to Unarco about this dust
17 condition?
18    A.   It sounds like it.  But I mean,
19 this is all so vague, the way you're describing
20 it.  What was the nature of the complaint?  What
21 did they -- what knowledge did they express in
22 their -- in making their complaint?  I mean, was
23 it just a nuisance they were talking about, or
24 was it something more serious that they were
25 raising with the people at Unarco?  The question

Page 130

Castleman, ScD
1
2 is very vague.  I just want to be cautious in
3 how I try to answer it.
4    Q.   I understand.
5        The GM&O Railroad, in the past
6 you've indicated you don't know what those
7 initials stand for.
8        Do you today?
9    A.   Initials for what?
10    Q.   The GM&O Railroad.
11    A.   Right.  I don't --
12    Q.   Those initials, do you know what
13 that stands for, sir?
14    A.   No, I don't know now either.
15    Q.   You've been asked this in the past,
16 but I understand -- strike that.
17        Are you aware that GM&O was the
18 first railroad to be completely dieselized?  By
19 that I mean, steam locomotives retired and
20 diesel locomotives took over?
21    A.   I don't know if that's true or not.
22    Q.   If you assume for me -- well, first
23 of all, your book does indicate that the lagging
24 around steam locomotives is the primary usage of
25 asbestos by American railroads back in the 1940s

Page 131

Castleman, ScD
1
2 and 1950s; is that a fair statement?
3    A.   Yes.  Not the only use, but it was
4 a major use.
5    Q.   Right.  And of course their
6 consumption or use of asbestos products would
7 have dropped off substantially once they moved
8 to diesel locomotives; is that also a fair
9 statement?
10    A.   Right.
11    Q.   And if, in fact, you'll assume for
12 me that GM&O was the first railroad to
13 dieselize, you wouldn't criticize them for being
14 the company to essentially substitute out an
15 asbestos-containing locomotive with a diesel
16 locomotive?
17    A.   I'm sure that's not why they did
18 it, but no, I wouldn't criticize them.
19    Q.   You've seen the General Managers
20 documents, of course, you refer to them in your
21 book?
22    A.   Right.
23    Q.   Is that the term you use, "General
24 Managers"?  Some people called them home
25 documents?

Page 132

Castleman, ScD
1
2    A.   I think I know what you're talking
3 about.
4    Q.   We'll use "General Managers," if
5 that's all right, Dr. Castleman.
6        A few questions about that.
7        Do you have any information that
8 GM&O Railroad was a member of the General
9 Managers Association?
10    A.   Not unless it's reflected in the
11 documents, I don't recall whether they were
12 listed or not.
13    Q.   Do you have any information of
14 whether those documents, the occupational
15 disease file, the General Managers documents,
16 whatever you choose to call them, were ever
17 given to the GM&O?
18    A.   I don't know.
19    Q.   In the past, you've indicated
20 you've seen somewhere around 20 pages of the
21 General Managers documents; is that about right?
22    A.   I think so.
23    Q.   Do you believe you have any more or
24 you just have the 15 to 20 pages?
25    A.   I don't recall if I have any more

Page 133

Castleman, ScD

1  or not.  I don't think so.
2
3       Q.   Now, the General Managers documents
4  were authored in part in response to the new
5  Illinois law that was coming into play that you
6  mentioned earlier today; is that right?
7            MR. WALKER:  Wait a minute.
8            MR. KURZ:  I can re-ask.
9            MR. WALKER:  Yes.  I don't
10       know who they are offered to.
11            MR. KURZ:  It was a poor
12       question.
13  BY MR. KURZ:
14       Q.   Was one of the topics discussed in
15  the Occupational Disease Act -- and you'll agree
16  with me, there are a lot of different topics
17  talked about in there, a lot of different
18  diseases and conditions?
19            MR. WALKER:  In the OD Act or
20       in the General Managers documents?
21            MR. KURZ:  General Managers
22       documents.  Excuse me.
23            MR. WALKER:  I'm tending to
24       object to this question because I
25       would prefer one that started and

Page 134

Castleman, ScD

1
2       stopped.
3            Mark, you're nothing but a
4       gentleman, but this one just has got
5       my indicators buzzing so loud that
6       even with my level of hearing, I can
7       hear it.
8            MR. KURZ:  Let me back up and
9       stick to one question.
10  BY MR. KURZ:
11       Q.   Do you agree that the General
12  Managers documents discuss a variety of
13  different diseases?
14       A.   Well, they certainly discuss
15  additional things to asbestosis.
16       Q.   That's all I was asking.  All
17  right.
18            And do the documents tend to
19  reflect -- that's a terrible phrase.
20            Do the documents discuss this new
21  law coming into place in Illinois?
22       A.   Yes.
23       Q.   And do you -- as you read through
24  the documents, is there anything in those
25  documents that indicates to you that the

Page 135

Castleman, ScD

1       railroads at least believed that this law did
2  not apply to them or would not apply to them?
3
4       A.   Not that I can recall.  It seems
5  like they were focused on dealing with it as
6  a -- a law that did apply to them.
7       Q.   Do you recall any references in the
8  documents where they thought -- railroads
9  specifically thought that they were railroads
10  than the textile industries, and so the law
11  would not apply to them?
12       A.   No.
13       Q.   Do you recall any discussion in the
14  documents that because of the size of railroad
15  shops in general, that being that they were
16  considerably larger than most manufacturing
17  facilities, that the restrictions that would be
18  put in place by the statute should be lessened
19  as to the railroad?
20       A.   I don't recall anything about that.
21       Q.   You discuss in your -- just a few
22  more questions, Doctor -- in your book, the nine
23  recommendations that are both part of the
24  General Managers disease file -- or occupational
25  disease file, excuse me, and the AAR documents,

Page 136

Castleman, ScD

1       correct, those nine steps?
2       A.   Well, I have quoted verbatim the
3  nine-point program that was developed in the
4  General Managers Association documents.
5       Q.   And one of the things stated in
6  those nine recommendations, I believe it's the
7  last one, talks about publication of those
8  warnings and of the hazards of asbestos, is that
9  right, because of the capacity of claims, the
10  capacity of potential for claims?
11       A.   Well, as I recall it, it said
12  something about keeping this -- let me just look
13  at it.  (Perusing document.)
14            All right.  This is what it says:
15  "It is suggested that the above recommendations
16  be communicated directly to the foreman
17  involved.  Publicity on the above might suggest
18  a making of claims."
19       Q.   My question to you, then, about
20  that statement:  Have you seen any documents in
21  the occupational disease file that would reflect
22  that the railroad's concern wasn't well-based
23  claims; that is, a person truly with that
24  disease process, but was rather as to the filing

Page 137

Castleman, ScD

1  Castleman, ScD
2  of false claims?
3      A.   I don't think you can make
4  inferences based on -- I certainly don't think
5  you can make inferences of morality on the part
6  of the companies based on that statement.
7      Q.   I'm sorry.  You certainly don't
8  think, is that what you said?
9      A.   Yes.  I mean, I don't think that --
10  there's nothing in here that, you know, we're
11  perfectly willing to pay off legitimate claims,
12  we're just worried about false claims here.  It
13  seems like they're --
14      Q.   Let me be clear.
15      A.   They're speaking about the making
16  about the making of claims as a single entity of
17  concern, and it's consistent with other
18  corporate documents I've seen from the 1930s
19  expressing apprehensiveness about claims in
20  general.
21      Q.   Doctor, I did not mean to infer
22  that those nine recommendations is where I'm
23  drawing that inference.
24          I'm asking if you've seen any other
25  documents contained within the 400 and whatever

Page 138

1  Castleman, ScD
2  number pages that comprise the occupational
3  disease file that would lead to that conclusion.
4      A.   I just don't know, you know, how
5  you can infer anything from this statement based
6  on other documents in the file.  I just can't
7  think of anything else in the file, that, so to
8  speak, picks up where this leaves off and
9  explains it in more detail.  If there is such a
10  document, I would love to see it.
11      Q.   And finally, have you -- the AAR
12  documents, you realize they run from the '20s
13  through the '60s, I believe.
14          What is the -- what do you have?
15  How much do you possess, if you know?
16      A.   You mean in my collection of
17  documents?
18      Q.   In your collection of documents,
19  sir.
20      A.   Well, I collect -- I have excerpts
21  from the ones that talk about asbestos from
22  1932, I think, until 1958 that we got at the
23  Interstate Commerce Commission Library.
24          And then there were a few others
25  that were found, some from the railroads, the

Page 139

1  Castleman, ScD
2  Railroad Trade Association Library in Washington
3  on L Street from the mid-'60s.
4          Whatever I have is available from
5  Albert Donnay in the railroad files.  And there
6  hasn't been anything added in 20 years.
7      Q.   That was my next question.  Very
8  good.
9          MR. KURZ:  All right, Doctor,
10      those are the questions I have.
11      Thank you for your time.
12          MR. WALKER:  Are we done?
13      Wonderful.
14          MR. FISCHER:  No, no.  I have
15      less than five minutes of follow-up
16      on some questions that the railroad
17      asked.
18          THE WITNESS:  Let me take a
19      break.
20          (Whereupon at 2:57 p.m., a
21      recess was taken until 3:01 p.m.)
22          (The deposition resumed with
23      all parties present.)
24
25

Page 140

1  Castleman, ScD
2  B A R R Y  I.  C A S T L E M A N, ScD, resumed and
3      testified further as follows:
4  EXAMINATION
5  BY MR. FISCHER:  (Continued)
6      Q.   You were asked some questions about
7  1956 advertisements that described Kaylo as
8  nontoxic, and you were asked some questions by
9  Mr. Kurz about what a customer could have
10  concluded, right?
11      A.   Yes.
12      Q.   Have you ever spoken to anyone that
13  saw that advertisement at any time prior to
14  1970?
15      A.   No.
16      Q.   Have you ever spoken to anyone who
17  was not a lawyer who ever saw that
18  advertisement?
19      A.   Well, I've never seen any -- I've
20  never talked to anybody who ever saw the
21  advertisements in Petroleum Engineer or that
22  flier that you're probably referring to.  I
23  mean, these are things that were published in
24  the 1950s, and I haven't talked to anybody who
25  read either of those things.

Page 141

Castleman, ScD

1
2  Q.    And I'm happy to do them together.
3        The Petroleum Engineer article
4  you're referring to is from 1952, right?
5  A.    Right.
6  Q.    And then there's the advertisement
7  from 1956?
8  A.    Right.
9  Q.    And you're not aware of anyone who
10 ever saw either of those things
11 contemporaneously, right?
12 A.    Right.  I mean, these things were
13 all published by the time I was ten years old.
14 Q.    And you've never spoken or seen --
15 let me put it into two separate questions.
16       You've never spoken to any customer
17 of Owens-Illinois or Owens Corning, for that
18 matter, who saw that advertisement?
19 A.    That's right.
20 Q.    And you never spoke to anybody
21 about what conclusions they drew from either of
22 those two uses of the word "nontoxic"?
23 A.    True.
24       MR. FISCHER:  Those are all
25 the questions I have.  Thank you.

Page 142

Castleman, ScD

1
2        MR. MODESITT:  I think we're
3  done.
4        (Whereupon at 3:03 p.m., the
5  deposition was concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 143

1
2        C A P T I O N
3
4  The Deposition of BARRY CASTLEMAN, ScD, taken in the
5  matter, on the date, and at the time and place set out
6  on the title page hereof.
7
8  It was requested that the deposition be taken by the
9  reporter and that same be reduced to typewritten form.
10
11 The Deponent will read and sign the transcript of said
12 deposition.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 144

1
2        C E R T I F I C A T E
3
4  STATE OF_____:
5  COUNTY/CITY OF_____:
6
7  Before me, this day, personally appeared
8  BARRY CASTLEMAN, ScD, who, being duly sworn, states that
9  the foregoing transcript of his Deposition, taken in the
10 matter, on this date, and at the time and place set out
11 on the title page hereof, constitutes a true and
12 accurate transcript of said deposition.
13
14       _____
15       BARRY CASTLEMAN, ScD
16 SUBSCRIBED and SWORN to before me this _____ day of
17 _____, 2010, in the jurisdiction aforesaid.
18
19 _____  _____
20 My Commission Expires    Notary Public
21
22
23
24
25

Page 145

1
2       DEPOSITION ERRATA SHEET
3
      RE:
4     FILE NO. 10-L-38
      CASE CAPTION:  JANET SHIPLEY and JAMES SHIPLEY vs.
5             PNEUMO ABEX CORPORATION, et al.
6     DEPONENT:  BARRY CASTLEMAN, ScD
      DEPOSITION DATE:  SEPTEMBER 28, 2010
7
      To the reporter:
8     I have read the entire transcript of my Deposition taken
      in the captioned matter or the same has been read to me.
9     I request for the following changes be entered upon the
      record for the reasons indicated.
10    I have signed my name to the Errata Sheet and the
      appropriate Certificate and authorize you to attach both
11    to the original transcript.
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    SIGNATURE:_____ DATE:_____
          BARRY CASTLEMAN, ScD
24
25

Page 146

1
2              I N D E X
3     Witness:  BARRY CASTLEMAN, ScD
4                      Page
5     Examination by MR. FISCHER            3
6     Examination by MR. MODESITT          73
7     Examination by MR. KURZ             122
8     Examination by MR. FISCHER          140
9
10
11
12         N O   E X H I B I T S
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 147

1
2              C E R T I F I C A T E
3
4     STATE OF NEW YORK  )
5                        ) ss.
6     COUNTY OF KINGS    )
7
8         I, Androniki Samaras, a Shorthand (Stenotype)
9     Reporter and Notary Public for the State of New York, do
10    hereby certify that the foregoing Deposition, of the
11    witness, BARRY CASTLEMAN, ScD, taken at the time and
12    place aforesaid, is a true and correct transcription of
13    said Deposition.
14         I further certify that I am neither counsel
15    for nor related to any party to said action, nor in any
16    wise interested in the result or outcome thereof.
17         IN WITNESS WHEREOF, I have hereunto set my hand
18    this 8th day of October, 2010.
19
20
21    _____
22    ANDRONIKI SAMARAS
23
24
25