## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

-------------------------------------------------------------------------------------------------------------------

BARBARA CONNELL, Individually and
as Special Administrator for the Estate of
DANIEL CONNELL, Deceased,

        Plaintiff,

v.                                                                                          05-cv-00219-bbc

OWENS-ILLINOIS, INC.,

        Defendant.

-------------------------------------------------------------------------------------------------------------------

### NOTICE OF SETTLEMENT

Plaintiff and Defendant Owens-Illinois, Inc. submit this Notice of Settlement to notify the Court that the parties have reached a settlement of this action and, upon completion of the terms of this settlement, will submit a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,


/s/ Allen D. Vaughan (with permission)        /s/ Brian O. Watson
Allen D. Vaughan                      Edward Casmere
Robert G. McCoy                   Brian O. Watson
Cascino Vaughan Law Offices, Ltd.     Schiff Hardin LLP
220 S. Ashland Ave.                233 S. Wacker Dr. Suite 6600
Chicago, IL 60607                 Chicago, Illinois  60606
(312) 944-0600                    (312) 258-5500
(312) 944-1870 (facsimile)         (312) 258-5600 (facsimile)

*Attorneys for Plaintiff*             *Attorneys for Defendant*
                                    *Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies on August 20, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/  Brian O. Watson
Brian O. Watson

15640-1133
CH2\17101711.1